# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re: MDM HOLDINGS, INC. )
      ) Case No.: 19-82531-CRJ-11
EIN: xx-xxx3287 )
      )
Debtor. ) CHAPTER 11
_____)

## APPLICATION BY DEBTOR
## TO EMPLOY CHAPTER 11 ATTORNEYS

COMES NOW MDM Holdings, Inc. (the "Debtor"), and shows unto this Honorable Court the following:

## Background

1. On August 22, 2019, (the "Commencement Date"), the Debtor commenced with this Court a voluntary case under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2. This Court has subject matter jurisdiction to consider and determine this motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Debtor is a corporation organized and operating under the laws of the State of Alabama and is engaged in business in Madison and Morgan Counties, Alabama.

## Relief Requested

4. The Estate appears to be capable of reorganization, which the Debtor can best accomplish through the employment of attorneys to assist in drafting plan of reorganization, to file any motions and/or adversary proceeding complaints as may be necessary to the proper administration of the Estate during the Chapter 11 case, to represent the Estate in any resulting trial and the various hearings through confirmation and to prepare necessary orders and documents.

5.  In the opinion of the Debtor, employment of the law firm of Sparkman, Shepard & Morris, P.C. ("SSM") as attorneys would be in the best interest of the Chapter 11 Estate because the creditors are from numerous places and would as a practical matter be unable to participate in the selection of an attorney for the Estate.

6.  Tazewell T. Shepard III, Kevin M. Morris and Tazewell T. Shepard IV of SSM are each a duly qualified attorney in and under the laws of the State of Alabama, duly admitted to practice before the courts of the State of Alabama, a "disinterested person" as that term is defined in Section 101(13) of the Bankruptcy Code and qualified to act as attorney in this case.

7.  Tazewell T. Shepard, Kevin M. Morris and Tazewell T. Shepard IV, are experienced and enjoy good reputations in the practice of civil law in Madison County as set out in the attached Exhibit "A." The hourly billing rate for Mr. Shepard is $375.00, for Mr. Morris is $350.00 and for Mr. Shepard IV, is $300.00.

8.  No agreement exists between any of these attorneys and any other person or entity whatsoever outside their law firm for the sharing of compensation or expenses in this case.

WHEREFORE, the Debtor prays to be authorized to employ the law firm of Sparkman, Shepard & Morris, P.C., as attorneys for the Debtor in this case, and to have such other and further relief as is just.

Respectfully submitted this the 22nd day of August, 2019.

                                              MDM HOLDINGS, INC.

                                              */s/ Michael McKeon*
                                              Its: President

*/s/ Tazewell T. Shepard III*
                                             Tazewell T. Shepard III
                                             Tazewell T. Shepard IV
                                             *Attorneys for the Debtor*

Of Counsel:

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## VERIFIED STATEMENT BY ATTORNEY

Pursuant to Bankruptcy Rule 2014(a), the undersigned hereby states to the Court that he and his law firm have no connection, financial or otherwise, with the Debtor, the Debtor's creditors or any other party in interest and that he knows of no conflict or potential conflict of interest with his proposed appointment as attorney for the Debtor.

                                             */s/ Tazewell T. Shepard III*
                                             Tazewell T. Shepard III

## CERTIFICATE OF SERVICE

This is to certify that this the 22nd day of August, 2019, I have this day served the foregoing motion on all parties requesting notice, all parties listed on the Clerk's Certified Matrix and Richard Blythe, Office of the Bankruptcy Administrator, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

                                             */s/ Tazewell T. Shepard IV*
                                             Tazewell T. Shepard IV

# EXHIBIT A

**TAZEWELL T. SHEPARD, III**, born Washington, D.C., January 8, 1954; admitted to bar: 1979, Alabama and U.S. District Court, Northern District of Alabama, 1987, District of Columbia; 1981, U.S. Court of Appeals, Fifth and Eleventh Circuits; 1987, District of Columbia Circuit and U.S. Court of Appeals for District of Columbia; 1982, U.S. Supreme Court; Education: Eton College, Windsor, England, A.A. 1972; Dartmouth College, B.A., honors in History, 1976; University of Alabama, J.D. 1979. Phi Alpha Delta. Member, Bench and Bar. Author: "Bargaining Agreements: An Analysis of In Re Bildisco," The Alabama Lawyer, Vol. 45, No. 3, May 1984; "Bankruptcy Case Administration," The Compleat Lawyer, Vol. 3, No. 4, Fall, 1986; "Farm Bankruptcy: The New Chapter 12," The Alabama Lawyer, Vol. 48, No. 1, January, 1987; "The Plight of Secured Creditors After In Re Timbers of Inwood Forest Assoc., Ltd.," Commercial Law Journal, Vol. 94, No. 1, Spring 1989. Instructor, Business Law, University of Alabama, 1981-1982. Law Clerk to Director, Federal Deposit Insurance Corporation, 1976; Staff Member, U.S. Senate Committee on Banking, Housing and Urban Affairs, 1975; Staff Member, U.S. Senate Committee on Judiciary, 1977. Standing Trustee in Bankruptcy for Chapter 7, 11 and 12, 1980--; Member, State Board of Education, 1991--1995; Member: Huntsville-Madison County and American (Business Bankruptcy Committee, 1984--1992) Bar Associations; Alabama State Bar (Secretary, Section on Bankruptcy and Commercial Law, 1983); Commercial Law League of America (Young Members Executive Council, 1990, Southern Region Executive Council, 1991--1997). Vice Chair, Alabama Space Science Exhibit Commission (1995 – 1999). President's Committee on the Arts (White House appointment) (2000--2002). Board of Directors, Huntsville Arts Council (2000--2003). Board of Directors, Alabama Supercomputer Authority (2003--2008).

**KEVIN MIKA MORRIS**, born Mobile, Alabama August 7, 1976; admitted to bar: 2002, Alabama and U.S. District Court, Northern District of Alabama; Education: Spring Hill College, Mobile, Alabama (B.S., cum laude, 1998); The University of Alabama School of Law, Tuscaloosa, Alabama (J.D., 2002). Member: Huntsville-Madison County Bar Association; Alabama State Bar.

**TAZEWELL T. SHEPARD IV**, born Huntsville, Alabama January 19, 1987; admitted to bar: 2012, Alabama, U.S. District Court, Northern District of Alabama, and U.S. Tax Court; Education: College of William and Mary, Williamsburg, Virginia (B.A., 2009); The University of Alabama School of Law, Tuscaloosa, Alabama (J.D., 2012). Past Employment: U.S. Department of State (Washington D.C. and Kingston, Jamaica); National Labor Relations Board (Birmingham, Alabama). Membership: Huntsville-Madison County Bar Association; Alabama State Bar; American Bar Association.