# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: MDM HOLDINGS, INC. | ) | Case No.: 19-82531-CRJ-11 |
| | ) | |
| EIN: xx-xxx3287 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

## MOTION FOR APPROVAL OF
## DEBTOR'S ASSUMPTION OF UNEXPIRED
## LEASE OF NON-RESIDENTIAL REAL PROPERTY

COMES NOW MDM Holdings, Inc. (the "Debtor"), and shows unto this Honorable Court the following:

### Background

1. On August 22, 2019 (the "Petition Date"), the Debtor commenced with this Court a voluntary case under Chapter 11 of Title 11, United States Code.

2. This Court has subject matter jurisdiction to consider and determine this motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Debtor is a corporation organized under the laws of Alabama and doing business in Madison and Morgan Counties, Alabama.

4. Prior to the Petition Date, the Debtor entered into an office lease agreement from which it conducts its business operations (the "Lease"). A true and correct copy of the Lease agreement is attached hereto as Exhibit "A."

5. The Debtor is not in default under the terms of the Lease.

6. Assumption of the Lease is necessary for the Debtor's continued operations and its successful Chapter 11 reorganization.

7. Assumption of the Lease subject to the terms contained therein is in the best interest of the Debtor and its bankruptcy estate.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests the Bankruptcy Court to enter an order:

A. Approving the Debtor's assumption of the Lease;

B. Authorizing the Debtor to execute and deliver any and all other documents which may be necessary or appropriate to effectuate the assumption of the lease described herein; and

C. Granting such further and different relief as the Bankruptcy Court may deem just and appropriate.

Respectfully submitted this the 30th day of August, 2019.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys for the Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: 256/512-9924
Fax: 256/512-9837
ty@ssmattorneys.com

### CERTIFICATE OF SERVICE

This is to certify that this the 30th day of August, 2019, I have this day served the foregoing motion on Phil Hall, P.O. Box 5858, Decatur, AL 35601, all parties requesting notice, all parties listed on the Clerk's Certified Matrix and Richard Blythe, Office of the Bankruptcy Administrator, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard IV