# United States Bankruptcy Court
**Northern District of Alabama**

In re: **MDM Holdings, Inc.**, Debtor(s)

Case No. **19-82531**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MDM Holdings, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 4, 2019**
Date

/s/ **Tazewell T. Shepard**
**Tazewell T. Shepard ASB-4962-S68T**
Signature of Attorney or Litigant
Counsel for **MDM Holdings, Inc.**
**Sparkman, Shepard & Morris, P.C.**
**303 Williams Avenue, Suite 1411**
**Huntsville, AL 35801**
**256-512-9924 Fax:256-512-9837**
**taze@ssmattorneys.com**