**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| IN RE:  MDM HOLDINGS, INC. | ) | Case No.: 19-82531-CRJ-11 |
| | ) | |
| EIN: xx-xxx3287 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that this the 9th day of September, 2019, I have, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid, served a copy of the Order Setting Deadline to File Chapter 11 Plan and Disclosure Statement and Setting Bar Date for Filing Claims on all parties listed on the Clerk's Certified Matrix.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard IV