<pre>
                    IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE NORTHERN DISTRICT OF ALABAMA
                                 NORTHERN DIVISION

IN RE:    MDM HOLDINGS, INC.         )     Case No.: 19-82531-CRJ-11
                                     )
          EIN: xx-xxx3287             )
                                     )
          Debtor.                    )     CHAPTER 11
                                     )
</pre>

**REPORT TO COURT CONCERNING DEBTOR'S REVENUE AND EXPENSES DURING THE CASE'S FIRST TWENTY-ONE DAYS**

COMES NOW MDM Holdings, Inc. (the "Debtor") and reports to this Honorable Court the following:

1. During the first twenty-one days of this Chapter 11 bankruptcy case (August 22, 2019 – September 12, 2019), the Debtor reports net revenue of $31,326.52 and total expenses of $28,485.28, resulting in a net income of $2,841.24 during this period.

2. The Debtor also reports that it currently has six employees. The Debtor's equity owner and principal, Michael McKeon, does not receive a salary. The Debtor pays Mr. McKeon's wife, Deb McKeon, $4,166.67 a month for work as an employee of the Debtor.

3. An itemized revenue report is attached hereto as Exhibit "A."

Respectfully submitted this the 14th day of September, 2019.

<pre>
                              /s/ Tazewell T. Shepard IV
                              Tazewell T. Shepard III
                              Tazewell T. Shepard IV
                              Attorneys for the Debtor

                              SPARKMAN, SHEPARD & MORRIS, P.C.
                              P. O. Box 19045
                              Huntsville, AL  35804
                              Tel: 256/512-9924
                              Fax: 256/512-9837
                              ty@ssmattorneys.com
</pre>

## CERTIFICATE OF SERVICE

This is to certify that this the 14th day of September, 2019, I have served the foregoing report on all parties requesting notice, all parties listed on the Clerk's Certified Matrix and Richard Blythe, Office of the Bankruptcy Administrator, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

/s/ *Tazewell T. Shepard IV*
Tazewell T. Shepard IV

**MDM Holding - Revenue Report - First 21 Days**  Aug. 22 - Sept. 12 2019

| | |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     5000 · Revenue | 31,327 |
|   **Total Income** | 31,326.52 |
| **Gross Profit** | 31,326.52 |
|   **Expense** | |
|     7000 · Advertising and Promotion | 1042.63 |
|     7010 · Bank Fees | 367.74 |
|     7020 · Payroll Services | 151.75 |
|     7030 · Business Licenses and Permits | 123.66 |
|     7050 · Computer and Internet | 237.95 |
|     7060 · Seminars, Conventions Conferences | 0 |
|     7070 · Dues and Subscriptions | 0 |
|     7120 · Worker's Compensation | 306 |
|     7126 · General Liability and Business Insurance | 687.83 |
|     7140 · Janitorial Expense | 0 |
|     7190 · Office Supplies | 143.94 |
|     7200 · Payroll Expenses | 12,577 |
|     7205 · Postage and Delivery | 23.35 |
|     7245 · Vehicle Maintenance | 0 |
|     7250 · Rent Expense | 2375 |
|     7260 · Telephone Expense | 595.21 |
|     7300 · Material | 5094.63 |
|     7310 · Gasoline | 820.95 |
|     7310 · Shop Tools | 0 |
|     Attorney Fees | 3,800 |
|     Accounting Fees | 138 |
|     BA Operating Fees | 0 |
|   **Total Expense** | 28,485.28 |
| **Net Ordinary Income** | 2,841.24 |
| **Net Income** | **2,841.24** |