IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re: MDM HOLDINGS, INC. ) | Case No.: 19-82531-CRJ-11 |
| ) | |
| Debtor. ) | CHAPTER 11 |
| ) | |

## ORDER APPROVING EMPLOYMENT OF CHAPTER 11
## ATTORNEYS FOR DEBTOR-IN-POSSESSION

This matter came before the Court upon the Application by Debtor-in-Possession to Employ Sparkman, Shepard & Morris, P.C. as Chapter 11 Attorneys (Doc. 3). After proper notice, a hearing was held on September 18, 2019 with appearances by Tazewell T. Shepard IV on behalf of the Debtor-in-Possession and Richard M. Blythe on behalf of the Bankruptcy Administrator.

The Bankruptcy Administrator has filed a recommendation for approval of the employment of Sparkman, Shepard & Morris, P.C. as Chapter 11 Attorneys. Upon consideration of the pleading and the recommendation of the Bankruptcy Administrator, by the Court it is

**ORDERED**, **ADJUDGED** and **DECREED** that the Application by Debtor-in-Possession to Employ Chapter 11 Attorneys (Doc. 3) is **APPROVED** and the Debtor-in-Possession is **AUTHORIZED** to employ the law firm of Sparkman, Shepard & Morris, P.C. to serve as their counsel in this matter.

Dated this the 19th day of September, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Debtor