## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** MDM Holdings, Inc      **CASE NO. :** 19-82531-CRJ-11      **MONTH ENDING:** 9/30/19

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES _x_ NO____All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES _x_ NO____All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2. YES _x_ NO____Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:      TYPE_____not in force.

                    TYPE_____not in force.

3. YES _x_ NO____New books and records were opened and are being maintained daily.

4. YES _x_ NO____Copies of _all_ banks statements and reconciliations are attached .

5. YES _x_ NO____I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _x_ NO____All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 10/10/2019 ___              Michael McKeon

                                    RESPONSIBLE PARTY

Phone No. 256-425-2910

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>MDM Holdings, Inc</u>      CASE NO. : <u>19-82531-CRJ-11</u>      MONTH ENDING: <u>9/30/19</u>

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual    (Circle One)    -Cash |
|---|---|

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) 8853.12

B.   RECEIPTS:

   Accounts Receivable from
   Form BA-02(A)-Line II(C)  _____

   Cash Sales  45344.61

   Loan Proceeds
   from_____

   Sale of Property  _____
      (Not in ordinary
      course of business)

   Other_____  _____

   _____  _____

C.   TOTAL RECEIPTS  45276.61
   _____  (Total
      of B)

D.   BUSINESS DISBURSEMENTS
   FROM FORM BA-02(B)  35593.83

E.   SURPLUS OR DEFICIT  9682.78
      (C minus D)

F.   CASH ON HAND (End)  18535.9
      (A plus E)

INCOME STATEMENT

1.   REVENUE FROM TOTAL
   SALES  $45344.61

2.   LESS COST OF THOSE
   SALES  8095.59
   (Cost of materials,
   Labor, etc.)

3.   EQUALS GROSS
   PROFIT (1 minus 2)  37249.02

4.   LESS OPERATING
   EXPENSES  26468.74

5.   EQUALS NET PROFIT
   OPERATIONS
   (3 minus 4)  10780.28

6.   NON-OPERATING
   INCOME/EXPENSES
   (LIST SPECIFIC
   INCOME/EXPENSES)

7.   EQUALS NET PROFIT
   OR NET LOSS  $10780.28
   (5 plus or minus 6)

*\* Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 10/10/19

RESPONSIBLE PARTY *[signature]*

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc     CASE NO. : 19-82531-CRJ-11     MONTH ENDING: 9/30/19

Attach to Business Form BA-02

## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__x__ I. **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II. **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts receivable charged and paid this month.     $_____

    B.   Amount collected this month on accounts receivable charged in prior months and paid this month.     $_____

    C.   TOTAL collected this month on accounts_

III. **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Big Bob's | 2235.63 | | | | 2235.63 |
| Navistar | 800.00 | | | | 800.00 |
| People's Bank | 951.25 | | | | 915.25 |
| Book-A-Million | 250.00 | | | | 250.00 |
| Rotary Club of Madison | | 916.53 | | | 916.53 |
| Care Plus | | | | 715.00 | 715.00 |
| Vertical Retail Solutions | | | | 190.00 | 190.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $4236.88 | 916.53 | | 905.00 | $6058.41 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 10/10/19

RESPONSIBLE PARTY _(signature)_

Bankruptcy Administrator Form - Business BA-02(A)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc    CASE NO. : 19-82531-CRJ-11    MONTH ENDING: 9/30/19

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | |
| ADVERTISING. | | 733.48 |
| AUTOMOBILES/VEHICLES (repairs & maintenance). | | 975.97 |
| COMMISSIONS/CONTRACT LABOR. | | |
| INSURANCE (TOTAL). | | 687.83 |

| | | |
|---|---|---|
| AUTO | $ | |
| LIABILITY | | |
| LIFE | | |
| MEDICAL | | |
| CASUALTY | | |
| FIRE & THEFT | | |
| WORKMAN'S COMP. | | |
| OTHER | | |

| | | |
|---|---|---|
| INTEREST PAID. | | |
| INVENTORY PURCHASED. | | 8095.59 |
| LEGAL FEES. | | |
| POSTAGE. | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE. | | 4750 |
| REPAIRS & MAINTENANCE. | | |
| SALARIES/WAGES PAID. | | 8866.52 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]. | | |
| SUPPLIES (TOTAL). | | 493.22 |

| | | |
|---|---|---|
| OFFICE | $ | 438.22 |
| OPERATING | | 55.00 |

| | | |
|---|---|---|
| TRAVEL & ENTERTAINMENT. | | 597.26 |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]. | | 7414.38 |
| UNSECURED LOAN PAYMENTS. | | |
| UTILITIES (TOTAL). | | 795.15 |

| | | |
|---|---|---|
| ELECTRICITY | $ | |
| GAS | | |
| TELEPHONE | | 422 |
| WATER | | |
| OTHER  Internet/Landline | | 373.15 |

| | | |
|---|---|---|
| OTHER BUSINESS DISBURSEMENTS (Specify) | Banking Employee Expense, Gas | $ 2184.43 |

**TOTAL BUSINESS DISBURSEMENTS** $ 35593.83

---

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 10/10/19

RESPONSIBLE PARTY _(signature)_

Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc          CASE NO. : 19-82531-CRJ-11          MONTH ENDING: 9/30/19

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## ALL SECURED CREDITORS MUST BE LISTED BELOW

| | | | | |
|---|---|---|---|---|
| | | | | |
| Stearns Capital | | | Bucket Truck | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

10/10/19                          _MJ MGC_

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>MDM Holdings, Inc</u>          CASE NO. : <u>19-82531-CRJ-11</u>          MONTH ENDING: <u>9/30/19</u>

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 9/6/2019 | 4992.20 | 681.89 | 681.89 | 203.55 | |
| 9/20/2019 | 5681.00 | 736.66 | 736.66 | 225.48 | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  *10/10/19*

RESPONSIBLE PARTY  *[signature]*

## Bankruptcy Administrator Form - Business BA-02 (D)

**MDM HOLDINGS, INC**
143 FOXHOUND DR | MADISON, AL 35758-6881
EIN: ████3287

# Payroll Expense Summary

Sep 1 - Sep 30, 2019

| Summary | | % Earn |
|---|---|---|
| Earnings Expense | 10,674 | 100% |
| Company Tax Expense | 855 | 8% |
| Benefit Expense | - | 0% |
| **Total Expenses** | **11,529** | **108%** |

| Earnings Details | | % Earn |
|---|---|---|
| HOURLY | 7,876 | 74% |
| DL-HOURLY | 2,398 | 22% |
| Hourly Vacation | 240 | 2% |
| Overtime Hourly | 160 | 1% |
| DL-OVERTIME | - | 0% |
| DL-VACATION | - | 0% |
| **Total Earnings** | **10,674** | |

| Company Tax Details | Co Taxes | % |
|---|---|---|
| Social Security Company | 662 | 77% |
| Medicare Company | 155 | 18% |
| AL - Unemployment Company | 21 | 2% |
| Federal Unemployment | 15 | 2% |
| AL - Emp. Security Assessment | 2 | 0% |
| **Total Company Taxes** | **855** | |

| Benefit Details | Benefits | % |
|---|---|---|
| **Total Benefits** | **-** | |

| Employee Details | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name | Earnings | % | Co Taxes | % | Benefits | % | Ttl Exp | % |
| NICHOLAS W BARBER | 3,175 | 30% | 243 | 28% | - | 0% | 3,418 | 30% |
| JASMINE L SHY | 2,398 | 22% | 183 | 21% | - | 0% | 2,582 | 22% |
| JASON H ALLEN | 2,348 | 22% | 203 | 24% | - | 0% | 2,551 | 22% |
| REBEKAH A WARE | 1,553 | 15% | 119 | 14% | - | 0% | 1,672 | 15% |
| DEBRA A MCKEON | 1,200 | 11% | 106 | 12% | - | 0% | 1,306 | 11% |
| **Totals** | **10,674** | | **855** | | **-** | | **11,529** | |



Payroll Expense Charts

MDM HOLDINGS, INC
143 FOXHOUND DR | MADISON, AL 35758-6881
EIN: ████3287

Earnings Items

Tax Expenses

Employee Earnings

Payroll Expense Charts

Sep 1 - Sep 30, 2019

Sep 1 - Sep 30, 2019

Case 19-82531-CRJ11   Doc 59   Filed 10/15/19   Entered 10/15/19 09:06:26   Desc Main
Document   Page 8 of 20

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>MDM Holdings, Inc</u>          CASE NO. : <u>19-82531-CRJ-11</u>      MONTH ENDING: <u>9/30/19</u>

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Progress Bank | ██████3296 | 8853.12 | 09/30/19 | Pre |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) Deb McKeon | $ | 1200 |
| Officer #2    (Name) _____ | $ | |
| Other Officer (Name) _____ | $ | |
| Employees (Number)   4 | $ | 9474 |
| Employees (Relatives) _____ | $ | |
| Name _____ | $ | |
| Name _____ | $ | |

## INVENTORY  (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | 0 |
| Inventory - Purchased this Month - CASH | $ | 8095.59 |
| Inventory - Purchased this Month - CREDIT | $ | |
| Inventory - End of Month (COST) | $ | 0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

x____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _10/10/19_                    RESPONSIBLE PARTY _____

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>MDM Holdings, Inc</u>        CASE NO. : <u>19-82531-CRJ-11</u>        MONTH ENDING: <u>9/30/19</u>

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

<u>  x  </u>  A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

<u>      </u>  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE <u>10/10/19</u>          <u>MD MCL</u>
                              RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc          CASE NO. : 19-82531-CRJ-11          MONTH ENDING: 9/30/19

## BUSINESS DEBTOR'S BALANCE SHEET

See Attached

10/10/19

# MDM HOLDINGS, INC

## BALANCE SHEET

As of September 30, 2019

|  | TOTAL |
|---|---|
| **ASSETS** |  |
| Current Assets |  |
| Bank Accounts |  |
| Economy Business Checking-3296 (3296) | 18,390.86 |
| **Total Bank Accounts** | **$18,390.86** |
| **Total Current Assets** | **$18,390.86** |
| **TOTAL ASSETS** | **$18,390.86** |
| **LIABILITIES AND EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Other Current Liabilities |  |
| SALES TAX PAYABLE | -286.48 |
| **Total Other Current Liabilities** | **$ -286.48** |
| **Total Current Liabilities** | **$ -286.48** |
| **Total Liabilities** | **$ -286.48** |
| Equity |  |
| Owner's Pay & Personal Expenses | -2,849.13 |
| Retained Earnings |  |
| Net Income | 21,526.47 |
| **Total Equity** | **$18,677.34** |
| **TOTAL LIABILITIES AND EQUITY** | **$18,390.86** |

Case 19-82531-CRJ11    Doc 59    Filed 10/15/19    Entered 10/15/19 09:06:26    Desc Main
Document    Page 12 of 20

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: **MDM Holdings, Inc**        CASE NO. : **19-82531-CRJ-11**        MONTH ENDING: **9/30/19**

TOTAL REVENUE (SALES)                    (a)  $ 45344.61
  Cost of Sales:
                Materials              $ 8095.59
                Labor                  $
                Purchased Services     $
    Total Cost of Sales                (b)  $ 37249.02
    Gross Profit          (a - b) = (c)      $

OPERATING EXPENSES
                Management Salary                $ 2849.13
                Other Salary Expense             $
                Payroll Expenses                 $ 10674
                Outside Services & Contractors   $
                Supplies (office & operating)    $ 493.22
                Repairs & Maintenance            $
                Advertising                      $ 733.48
                Auto Expense                     $ 975.97
                Delivery                         $
                Accounting & Legal               $
                Rent                             $ 4750
                Telephone                        $ 422
                Travel & Entertainment           $ 597.26
                Utilities                        $ 373.15
                Insurance                        $ 687.83
                Taxes real estate, property, etc.) $ 1728.27
                Interest                         $
                Depreciation                     $
                Other Operating Expenses (describe) $ 2184.43
                _____              $
                _____              $
    Total Operating Expenses:          (d)  $ 26468.74

Net Profit/(Loss) from Operations (c - d)=(e)  $ 10780.28

Non-Operating Income/Expenses $
_____     $
_____     $
Total                        (f)  $

Net Profit/(Loss)            (e - f)  $ 10780.28

10/10/19

201 Williams Avenue
Huntsville AL 35801
PH: 256-319-3600
Fax: 256-319-3644

MDM Holdings, Inc. DBA
Experience Signs
143 Foxhound Dr.
Madison, AL 35758

**Account Number**
████3296
**Statement Period**
Sep 01, 2019 To Sep 30, 2019

›Printable Version  ›Save as PDF

| Economy Business Checking | Account Number: ████3296 | Download transactions: CSV |
|---|---|---|

View Images                                                              Reconcile

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $8,853.12 | Average Balance | $15,027.93 |
| Number of Credits | 21 | Minimum Balance | $8,853.12 |
| Total Credits | $45,344.61 | Average Collected Balance | $13,841.21 |
| Number of Debits | 99 | | |
| Total Debits | $35,593.83 | Total Bank Charges | $0.00 |
| New Balance | $18,603.90 | (Includes Service Charge) | |

## Checks (24 In Order)

| No | Date | Amount | No | Date | Amount | No | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1015 | Sep 12, 2019 | $43.40 | 1052 | * Sep 30, 2019 | $170.00 | 1132 | Sep 09, 2019 | $2,375.00 |
| 1043 | * Sep 26, 2019 | $50.00 | 1055 | * Sep 26, 2019 | $41.00 | 1133 | Sep 12, 2019 | $80.00 |
| 1044 | Sep 13, 2019 | $141.09 | 1077 | * Sep 05, 2019 | $1,150.94 | 1134 | Sep 19, 2019 | $476.82 |
| 1045 | Sep 17, 2019 | $97.45 | 1078 | Sep 03, 2019 | $300.00 | 1136 | * Sep 25, 2019 | $91.53 |
| 1046 | Sep 18, 2019 | $76.40 | 1088 | * Sep 03, 2019 | $600.00 | 1137 | Sep 27, 2019 | $103.25 |
| 1048 | * Sep 17, 2019 | $350.00 | 1129 | * Sep 03, 2019 | $586.80 | 1138 | Sep 23, 2019 | $2,375.00 |
| 1049 | Sep 16, 2019 | $3,000.00 | 1130 | Sep 04, 2019 | $31.66 | 1139 | Sep 23, 2019 | $300.00 |
| 1050 | Sep 23, 2019 | $75.00 | 1131 | Sep 04, 2019 | $169.95 | 9999 | * Sep 11, 2019 | $502.80 |

## Other Debits

| Date | Transaction Details | Amount |
|---|---|---|
| Sep 03, 2019 | Debit Card Transaction<br>CITIBANK, N.A. SIOUX FALLS SD<br>Terminal ID: COLLTERM Serial #: 000112277 | $68.00- |
| Sep 03, 2019 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576102 Serial #: 000704458 | $99.82- |
| Sep 03, 2019 | Ach withdrawal<br>SHELL PAYMENT | $579.95- |
| Sep 04, 2019 | Debit Card Transaction<br>VISUAL COMMUNICATIONS 800-5664162 MN<br>Terminal ID: 29571299 Serial #: 000394190 | $53.40- |
| Sep 04, 2019 | Ach withdrawal<br>BENETRENDS INC 8664236387 | $138.00- |
| Sep 04, 2019 | Ach withdrawal<br>MERCHE-SOLUTIONS BILLING | $367.74- |
| Sep 05, 2019 | Debit Card Transaction<br>MAPCO 7539 DECATUR AL<br>Terminal ID: 75393700 Serial #: 000063256 | $27.57- |
| Sep 05, 2019 | Debit Card Transaction<br>SPECTRUM 888-438-2427 MO<br>Terminal ID: 99999999 Serial #: 000276198 | $172.49- |
| Sep 05, 2019 | Debit Card Transaction<br>N. GLANTZ AND SON 502-4264473 KY<br>Terminal ID: 99999999 Serial #: 000868510 | $265.15- |
| Sep 05, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $1.75- |
| Sep 05, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $150.00- |
| Sep 05, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $4,073.24- |
| Sep 09, 2019 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576102 Serial #: 000479613 | $110.00- |
| Sep 09, 2019 | Debit Card Transaction<br>VERIZON WRLS O1927-01 HUNTSVILLE AL<br>Terminal ID: 71238751 Serial #: 000145060 | $422.72- |
| Sep 09, 2019 | Ach withdrawal<br>AL-DEPT OF REV DIRECT DBT | $79.94- |
| Sep 10, 2019 | Debit Card Transaction<br>MAPCO 3649 MADISON AL<br>Terminal ID: 36491112 Serial #: 000015310 | $7.89- |
| Sep 10, 2019 | Debit Card Transaction<br>SHELL SERVICE S HUNTSVILLE AL<br>Terminal ID: 40765401 Serial #: 000315971 | $85.00- |
| Sep 10, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000451393 | $95.06- |
| Sep 10, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000034025 | $110.06- |
| Sep 11, 2019 | Debit Card Transaction<br>WAL Wal-Mart Super 7200 MADISON AL<br>Terminal ID: 26900055 Serial #: 000027445 | $3.97- |
| Sep 11, 2019 | Debit Card Transaction<br>WAL Wal-Mart Super 6109 MADISON AL<br>Terminal ID: 26900056 Serial #: 000063698 | $6.40- |
| Sep 11, 2019 | Debit Card Transaction<br>INT*IN *LEVEL 7 CONCEP 405-7451010 OK<br>Terminal ID: 99999999 Serial #: 000437357 | $10.98- |

| Date | Description | Amount |
|---|---|---|
| Sep 11, 2019 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576102 Serial #: 000643863 | $68.66- |
| Sep 11, 2019 | Ach withdrawal<br>LIBERTY MUTUAL 401995080 | $687.83- |
| Sep 12, 2019 | Debit Card Transaction<br>JMS RUSSEL/NORTON META JACKSON TN<br>Terminal ID: 99999999 Serial #: 000522202 | $200.00- |
| Sep 13, 2019 | Debit Card Transaction<br>WEATHERS ACE HARDWARE MADISON AL<br>Terminal ID: 1212 Serial #: 000396177 | $7.62- |
| Sep 13, 2019 | Debit Card Transaction<br>MAPCO 7504 HUNTSVILLE AL<br>Terminal ID: 75044669 Serial #: 000056114 | $30.96- |
| Sep 13, 2019 | Debit Card Transaction<br>TST* CORK & CRUST PIZZ MADISON AL<br>Terminal ID: 99999999 Serial #: 000062207 | $47.28- |
| Sep 16, 2019 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576101 Serial #: 000157664 | $23.51- |
| Sep 16, 2019 | Debit Card Transaction<br>NAME BADGES INT'L 8007660448 FL<br>Terminal ID: 0114 Serial #: 000870873 | $41.78- |
| Sep 16, 2019 | Debit Card Transaction<br>SAGE 8009257243 TX<br>Terminal ID: 0000 Serial #: 000060501 | $44.10- |
| Sep 16, 2019 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576101 Serial #: 000107171 | $85.65- |
| Sep 16, 2019 | Ach withdrawal<br>IRS USATAXPYMT | $1,025.78- |
| Sep 17, 2019 | Miscellaneous Debit | $472.08- |
| Sep 17, 2019 | Debit Card Transaction<br>CITY SCOOP SAN LEANDRO CA<br>Terminal ID: 79971086 Serial #: 000293005 | $99.99- |
| Sep 17, 2019 | Ach withdrawal<br>DEPT OF LABOR UC_TAX | $234.84- |
| Sep 18, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000839176 | $300.00- |
| Sep 18, 2019 | Ach withdrawal<br>SHELL PAYMENT | $200.00- |
| Sep 18, 2019 | Ach withdrawal<br>CHARTER COMMUNIC CHARTER CO | $372.43- |
| Sep 19, 2019 | Debit Card Transaction<br>PAYPAL *CITYDECATUR San Jose CA<br>Terminal ID: 33801713 Serial #: 000925326 | $31.20- |
| Sep 19, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000302262 | $649.73- |
| Sep 19, 2019 | Debit Card Transaction<br>S & F Custom Sign Corp HARTSELLE AL<br>Terminal ID: 99999999 Serial #: 000504179 | $692.00- |
| Sep 19, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $1.75- |
| Sep 19, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $150.00- |
| Sep 19, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $4,687.89- |
| Sep 20, 2019 | Debit Card Transaction<br>TUBELITE 3173529366 IN<br>Terminal ID: 0000 Serial #: 000553991 | $72.87- |
| Sep 20, 2019 | Debit Card Transaction<br>TUBELITE 3173529366 IN<br>Terminal ID: 0000 Serial #: 000536553 | $230.96- |
| Sep 20, 2019 | Debit Card Transaction<br>S & F Custom Sign Corp HARTSELLE AL<br>Terminal ID: 99999999 Serial #: 000526683 | $830.00- |
| Sep 20, 2019 | Debit Card Transaction<br>EIG*HOSTGATOR.COM 713-5745287 MA<br>Terminal ID: 00001000 Serial #: 000695923 | $55.00- |
| Sep 20, 2019 | Debit Card Transaction<br>REVLOCAL 8004567470 OH<br>Terminal ID: 5684 Serial #: 000857647 | $299.00- |
| Sep 23, 2019 | Debit Card Transaction<br>HP *INSTANT INK 855-785-2777 CA<br>Terminal ID: 99999999 Serial #: 000603563 | $21.79- |
| Sep 23, 2019 | Debit Card Transaction<br>BLAISE DRAKE - AIM SMA 610-685-9700 PA<br>Terminal ID: 99999999 Serial #: 000202145 | $59.00- |
| Sep 23, 2019 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576102 Serial #: 000130231 | $98.38- |
| Sep 23, 2019 | Debit Card Transaction<br>S & F Custom Sign Corp HARTSELLE AL<br>Terminal ID: 99999999 Serial #: 000067719 | $100.00- |
| Sep 23, 2019 | Debit Card Transaction<br>S & F Custom Sign Corp HARTSELLE AL<br>Terminal ID: 99999999 Serial #: 000292479 | $591.00- |
| Sep 23, 2019 | Debit Card Transaction<br>FACEBK U89AANELM2 Menlo Park CA<br>Terminal ID: 99999999 Serial #: 000595549 | $30.00- |
| Sep 23, 2019 | Ach withdrawal<br>AL-DEPT OF REV DIRECT DBT | $207.01- |
| Sep 23, 2019 | Ach withdrawal<br>AL ONESPOT TAX ALABAMA.GO | $286.48- |
| Sep 24, 2019 | Debit Card Transaction<br>HP *INSTANT INK 855-785-2777 CA | $21.79- |

| | Terminal ID: 99999999 Serial #: 000198658 | |
|---|---|---|
| Sep 24, 2019 | Debit Card Transaction<br>PAYPAL *CITYDECATUR San Jose CA<br>Terminal ID: 17183548 Serial #: 000993125 | $31.20- |
| Sep 24, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000198940 | $175.89- |
| Sep 24, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000105296 | $400.00- |
| Sep 25, 2019 | Debit Card Transaction<br>N. GLANTZ AND SON 502-4264473 KY<br>Terminal ID: 99999999 Serial #: 000392494 | $292.55- |
| Sep 26, 2019 | Debit Card Transaction<br>MAKEAWISH AMERIC 8668801382 AZ<br>Terminal ID: 0000 Serial #: 000050734 | $20.00- |
| Sep 26, 2019 | Debit Card Transaction<br>MAPCO 7504 HUNTSVILLE AL<br>Terminal ID: 75044669 Serial #: 000029348 | $31.17- |
| Sep 26, 2019 | Debit Card Transaction<br>TST* CORK & CRUST PIZZ MADISON AL<br>Terminal ID: 99999999 Serial #: 000299266 | $44.96- |
| Sep 26, 2019 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576102 Serial #: 000632641 | $57.89- |
| Sep 26, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000712606 | $200.00- |
| Sep 26, 2019 | Debit Card Transaction<br>MAKEAWISH AMERIC 8668801382 AZ<br>Terminal ID: 0000 Serial #: 000363166 | $200.00- |
| Sep 26, 2019 | Debit Card Transaction<br>SPIKE MONTHLY DISCOUNT 8444453477 CO<br>Terminal ID: 0000 Serial #: 000330698 | $9.99- |
| Sep 26, 2019 | Debit Card Transaction<br>Microsoft*Office 365 H msbill.info WA<br>Terminal ID: 99999999 Serial #: 000940146 | $108.99- |
| Sep 27, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000049085 | $200.00- |
| Sep 27, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000333178 | $482.34- |
| Sep 30, 2019 | Debit Card Transaction<br>BLAISE DRAKE - AIM SMA 610-685-9700 PA<br>Terminal ID: 99999999 Serial #: 000078416 | $59.00- |
| Sep 30, 2019 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576101 Serial #: 000917810 | $104.27- |

## Deposits/Credits

| Date | Transaction Details | Amount |
|---|---|---|
| Sep 03, 2019 | Regular Deposit | $1,555.92 |
| Sep 03, 2019 | Regular Deposit | $2,235.00 |
| Sep 05, 2019 | Regular Deposit | $8,180.13 |
| Sep 06, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $1,922.47 |
| Sep 09, 2019 | Regular Deposit | $2,148.88 |
| Sep 10, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $190.12 |
| Sep 11, 2019 | Regular Deposit | $1,534.68 |
| Sep 11, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $750.00 |
| Sep 12, 2019 | Regular Deposit | $9,065.37 |
| Sep 16, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $556.51 |
| Sep 17, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $159.49 |
| Sep 18, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $760.40 |
| Sep 19, 2019 | Ach deposit<br>MERCHE-SOLUTIONS AMEX DEP | $334.35 |
| Sep 20, 2019 | Regular Deposit | $3,000.00 |
| Sep 23, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $103.65 |
| Sep 23, 2019 | Ach deposit<br>MERCHE-SOLUTIONS AMEX DEP | $365.54 |
| Sep 24, 2019 | EFT/ACH Credit<br>Dep 9.20.19 $3.000 SB $3.500 | $500.00 |
| Sep 24, 2019 | Regular Deposit | $1,881.51 |
| Sep 24, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $50.00 |
| Sep 25, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $450.79 |
| Sep 26, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $9,599.80 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Aug 31, 2019 | $8,853.12 | Sep 11, 2019 | $13,967.55 | Sep 20, 2019 | $12,692.09 |
| Sep 03, 2019 | $10,409.47 | Sep 12, 2019 | $22,709.52 | Sep 23, 2019 | $9,017.62 |
| Sep 04, 2019 | $9,648.72 | Sep 13, 2019 | $22,482.57 | Sep 24, 2019 | $10,820.25 |
| Sep 05, 2019 | $11,987.71 | Sep 16, 2019 | $18,818.26 | Sep 25, 2019 | $10,886.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep 06, 2019 | | $13,910.18 | Sep 17, 2019 | $17,723.39 | Sep 26, 2019 | $19,722.76 |
| Sep 09, 2019 | | $13,071.40 | Sep 18, 2019 | $17,534.96 | Sep 27, 2019 | $18,937.17 |
| Sep 10, 2019 | | $12,963.51 | Sep 19, 2019 | $11,179.92 | Sep 30, 2019 | $18,603.90 |

**Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed and you may review our policy and practices with respect to your personal information at the following: https://www.myprogressbank.com/About-Us/ Privacy-Security/Privacy-Policy or we will mail you a free copy upon request if you call us at 1-888-513-2288.**

MDM Holdings, Inc. DBA
Experience Signs
143 Foxhound Dr.
Madison, AL 35758

**Account Number**
⬛⬛⬛⬛3296
**Statement Period**
Aug 02, 2019 To Aug 31, 2019
›Printable Version   ›Save as PDF

| Economy Business Checking | Account Number: ⬛⬛⬛3296 | Download transactions: CSV |
|---|---|---|

View Images                                                                 Reconcile

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $0.00 | Average Balance | $10,862.74 |
| Number of Credits | 22 | Minimum Balance | $6,589.94 |
| Total Credits | $49,120.36 | Average Collected Balance | $9,550.76 |
| Number of Debits | 83 | | |
| Total Debits | $40,267.24 | Total Bank Charges | $0.00 |
| New Balance | $8,853.12 | (Includes Service Charge) | |

## Checks (39 In Order)

| No | Date | Amount | No | Date | Amount | No | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 999 | Aug 12, 2019 | $100.00 | 1014 | Aug 12, 2019 | $300.00 | 1039 | Aug 27, 2019 | $221.96 |
| 1000 | Aug 05, 2019 | $3,191.28 | 1016 | * Aug 19, 2019 | $112.00 | 1041 | * Aug 19, 2019 | $3,000.00 |
| 1001 | Aug 09, 2019 | $670.35 | 1017 | Aug 16, 2019 | $3.50 | 1042 | Aug 22, 2019 | $777.67 |
| 1002 | Aug 22, 2019 | $3.46 | 1018 | Aug 23, 2019 | $30.50 | 1073 | * Aug 26, 2019 | $5,800.00 |
| 1003 | Aug 12, 2019 | $842.27 | 1019 | Aug 26, 2019 | $54.75 | 1075 | * Aug 23, 2019 | $1,000.00 |
| 1004 | Aug 12, 2019 | $1,220.74 | 1020 | Aug 19, 2019 | $46.50 | 1076 | Aug 27, 2019 | $350.00 |
| 1005 | Aug 12, 2019 | $1,324.36 | 1032 | * Aug 14, 2019 | $168.00 | 1079 | Aug 26, 2019 | $443.10 |
| 1006 | Aug 09, 2019 | $1,052.77 | 1033 | Aug 14, 2019 | $17.50 | 1080 | Aug 26, 2019 | $1,263.20 |
| 1007 | Aug 12, 2019 | $999.68 | 1034 | Aug 29, 2019 | $47.84 | 1081 | Aug 23, 2019 | $531.78 |
| 1008 | Aug 22, 2019 | $777.05 | 1035 | Aug 29, 2019 | $18.07 | 1082 | Aug 26, 2019 | $461.46 |
| 1009 | Aug 12, 2019 | $1,253.19 | 1036 | Aug 27, 2019 | $53.39 | 1083 | Aug 26, 2019 | $946.19 |
| 1012 | * Aug 09, 2019 | $318.85 | 1037 | Aug 27, 2019 | $80.26 | 1084 | Aug 26, 2019 | $1,026.22 |
| 1013 | Aug 13, 2019 | $300.00 | 1038 | Aug 20, 2019 | $51.80 | 9999 | * Aug 13, 2019 | $452.97 |

## Other Debits

| Date | Transaction Details | Amount |
|---|---|---|
| Aug 05, 2019 | Miscellaneous Debit | $2,200.00- |
| Aug 05, 2019 | Miscellaneous Debit | $2,300.00- |
| Aug 07, 2019 | Ach withdrawal<br>MAIN STREET CHKS CHECK CHGS | $107.73- |
| Aug 09, 2019 | Debit Card Transaction<br>ENGINEERING EXPRESS 9543540660 FL<br>Terminal ID: 3940 Serial #: 000776480 | $175.00- |
| Aug 09, 2019 | Ach withdrawal<br>BENETRENDS INC 8664236387 | $130.00- |
| Aug 09, 2019 | Ach withdrawal<br>BENETRENDS INC 8664236387 | $138.00- |
| Aug 12, 2019 | Debit Card Transaction<br>PAYPAL *EBAY INC San Jose CA<br>Terminal ID: 62912992 Serial #: 000605241 | $3.60- |
| Aug 12, 2019 | Debit Card Transaction<br>MAPCO 7504 HUNTSVILLE AL<br>Terminal ID: 75044669 Serial #: 000025420 | $33.47- |
| Aug 12, 2019 | Debit Card Transaction<br>PAYPAL *FOUR BROS San Jose CA<br>Terminal ID: 13320970 Serial #: 000415896 | $39.95- |
| Aug 13, 2019 | Debit Card Transaction<br>MAPCO 7539 DECATUR AL<br>Terminal ID: 75393700 Serial #: 000008623 | $43.43- |
| Aug 13, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000670586 | $252.66- |
| Aug 13, 2019 | Ach withdrawal<br>MAIN STREET CHKS CHECK CHGS | $21.06- |
| Aug 13, 2019 | Ach withdrawal<br>MAIN STREET CHKS CHECK CHGS | $38.33- |
| Aug 14, 2019 | Debit Card Transaction<br>BLUE CROSS AND BLUE SH 888-2581628 AL<br>Terminal ID: 14900000 Serial #: 000809545 | $828.08- |
| Aug 15, 2019 | Debit Card Transaction<br>MAPCO 7543 DECATUR AL<br>Terminal ID: 75435868 Serial #: 000002695 | $32.82- |
| Aug 15, 2019 | Debit Card Transaction<br>SAGE 8009257243 TX<br>Terminal ID: 0000 Serial #: 000748761 | $44.10- |
| Aug 15, 2019 | Debit Card Transaction<br>DODGE DATA & ANALYTICS 8003936343 NY<br>Terminal ID: 0000 Serial #: 000345314 | $155.99- |
| Aug 15, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000546795 | $400.00- |
| Aug 15, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000786887 | $676.33- |
| Aug 16, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000361317 | $184.30- |
| Aug 16, 2019 | Debit Card Transaction | $184.30- |

| Date | Transaction Details | Amount |
|---|---|---|
| | GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000176007 | |
| Aug 16, 2019 | Debit Card Transaction<br>FEDEX 98585690 180-0463333 TN<br>Terminal ID: 000 Serial #: 000094330 | $252.51- |
| Aug 21, 2019 | Miscellaneous Debit<br>IncWire-FEE--MDM Holdings-Enseignes Transworld | $15.00- |
| Aug 21, 2019 | Debit Card Transaction<br>CITY SCOOP SAN LEANDRO CA<br>Terminal ID: 79971086 Serial #: 000131959 | $0.01- |
| Aug 21, 2019 | Debit Card Transaction<br>CITY SCOOP SAN LEANDRO CA<br>Terminal ID: 79971086 Serial #: 000674057 | $199.98- |
| Aug 21, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $0.33- |
| Aug 21, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $0.42- |
| Aug 23, 2019 | Debit Card Transaction<br>KROGER FU 4579 WALL TR MADISON AL<br>Terminal ID: 80960525 Serial #: 000276489 | $33.32- |
| Aug 23, 2019 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576102 Serial #: 000480108 | $39.88- |
| Aug 26, 2019 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576101 Serial #: 000726624 | $57.45- |
| Aug 26, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000419245 | $156.50- |
| Aug 26, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000794575 | $843.50- |
| Aug 27, 2019 | Debit Card Transaction<br>HP *INSTANT INK 855-785-2777 CA<br>Terminal ID: 99999999 Serial #: 000616614 | $21.79- |
| Aug 27, 2019 | Debit Card Transaction<br>HP *INSTANT INK 855-785-2777 CA<br>Terminal ID: 99999999 Serial #: 000717005 | $21.79- |
| Aug 27, 2019 | Debit Card Transaction<br>SPIKE MONTHLY DISCOUNT 8444453477 CO<br>Terminal ID: 0000 Serial #: 000120523 | $9.99- |
| Aug 27, 2019 | Debit Card Transaction<br>REVLOCAL 8004567470 OH<br>Terminal ID: 5684 Serial #: 000325867 | $299.00- |
| Aug 28, 2019 | Debit Card Transaction<br>SAM & GREG'S #2 MADISON AL<br>Terminal ID: 99999999 Serial #: 000050628 | $36.91- |
| Aug 28, 2019 | Debit Card Transaction<br>ROBIN RENTS EQUIPMENT 256-6861174 AL<br>Terminal ID: 32591338 Serial #: 000676550 | $245.52- |
| Aug 29, 2019 | Debit Card Transaction<br>FEDEX 98769946 180-0463333 TN<br>Terminal ID: 000 Serial #: 000812696 | $23.35- |
| Aug 30, 2019 | Debit Card Transaction<br>MAPCO 7504 HUNTSVILLE AL<br>Terminal ID: 75044669 Serial #: 000015690 | $34.83- |
| Aug 30, 2019 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576102 Serial #: 000266711 | $62.12- |
| Aug 30, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000931467 | $118.18- |
| Aug 30, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000963234 | $215.64- |
| Aug 30, 2019 | Debit Card Transaction<br>ROBIN RENTS EQUIPMENT 256-8839312 AL<br>Terminal ID: 32609013 Serial #: 000933737 | $277.41- |

## Deposits/Credits

| Date | Transaction Details | Amount |
|---|---|---|
| Aug 02, 2019 | Regular Deposit | $5,769.14 |
| Aug 02, 2019 | Regular Deposit | $2,340.00 |
| Aug 05, 2019 | Regular Deposit | $6,950.55 |
| Aug 08, 2019 | Regular Deposit | $5,880.36 |
| Aug 09, 2019 | Ach deposit<br>MERCHE-SOLUTIONS AMEX DEP | $109.00 |
| Aug 09, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $3,734.76 |
| Aug 13, 2019 | Regular Deposit | $2,700.00 |
| Aug 13, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $348.78 |
| Aug 15, 2019 | Regular Deposit | $1,375.00 |
| Aug 15, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $865.47 |
| Aug 19, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000524224 | $184.30 |
| Aug 21, 2019 | Wire Transfer In<br>IncWire-MDM Holdings-Enseignes Transworld | $5,776.78 |
| Aug 21, 2019 | Regular Deposit | $5,433.87 |
| Aug 21, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $819.07 |
| Aug 23, 2019 | Regular Deposit | $750.00 |
| Aug 23, 2019 | Regular Deposit | $2,340.68 |

| Aug 26, 2019 | Regular Deposit | $479.50 |
| Aug 27, 2019 | Regular Deposit | $248.00 |
| Aug 27, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $865.47 |
| Aug 28, 2019 | Ach deposit<br>INTUIT PAYROLL S QUICKBOOKS | $0.33 |
| Aug 28, 2019 | Ach deposit<br>INTUIT PAYROLL S QUICKBOOKS | $0.42 |
| Aug 28, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $2,148.88 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Aug 02, 2019 | $0.00 | Aug 13, 2019 | $10,322.90 | Aug 22, 2019 | $16,845.74 |
| Aug 02, 2019 | $8,109.14 | Aug 14, 2019 | $9,309.32 | Aug 23, 2019 | $18,300.94 |
| Aug 05, 2019 | $7,368.41 | Aug 15, 2019 | $10,240.55 | Aug 26, 2019 | $7,728.07 |
| Aug 07, 2019 | $7,260.68 | Aug 16, 2019 | $9,615.94 | Aug 27, 2019 | $7,783.36 |
| Aug 08, 2019 | $13,141.04 | Aug 19, 2019 | $6,641.74 | Aug 28, 2019 | $9,650.56 |
| Aug 09, 2019 | $14,499.83 | Aug 20, 2019 | $6,589.94 | Aug 29, 2019 | $9,561.30 |
| Aug 12, 2019 | $8,382.57 | Aug 21, 2019 | $18,403.92 | Aug 30, 2019 | $8,853.12 |

Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed and you may review our policy and practices with respect to your personal information at the following: https://www.myprogressbank.com/About-Us/ Privacy-Security/Privacy-Policy or we will mail you a free copy upon request if you call us at 1-888-513-2288.