## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** MDM Holdings, Inc          **CASE NO. :** 19-82531-CRJ-11          **MONTH ENDING:** 10/31/19

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES _x_ NO____ All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES _x_ NO____ All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |

2. YES _x_ NO____ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:     TYPE_____not in force.

                     TYPE_____not in force.

3. YES _x_ NO____ New books and records were opened and are being maintained daily.

4. YES _x_ NO____ Copies of _all_ banks statements and reconciliations are attached .

5. YES _x_ NO____ I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _x_ NO____ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 11/10/2019 __

Phone No. 256-425-2910

Michael McKeon
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

**BUSINESS BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc _____    CASE NO. : 19-82531-CRJ-11    MONTH ENDING: 10/31/19

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual    (Circle One)    -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) 18535.9

B.   RECEIPTS:

Accounts Receivable from Form BA-02(A)-Line II(C)  2106.25

Cash Sales  43341.76

Loan Proceeds from_____

Sale of Property _____
(Not in ordinary course of business)

Other_____ _____

_____ _____

C.   TOTAL RECEIPTS  45448.01
(Total of B)

D.   BUSINESS DISBURSEMENTS FROM FORM BA-02(B)  59353.01

E.   SURPLUS OR DEFICIT  -13905
(C minus D)

F.   CASH ON HAND (End)  4698.90
(A plus E)

1.   REVENUE FROM TOTAL SALES    $45448.01

2.   LESS COST OF THOSE SALES  20819.29
(Cost of materials, Labor, etc.)

3.   EQUALS GROSS  24445.42

4.   LESS OPERATING EXPENSES  38360.42

5.   EQUALS NET PROFIT OPERATIONS  -13905
(3 minus 4)

6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

_____ _____

_____ _____

_____ _____

7.   EQUALS NET PROFIT OR NET LOSS    $-9130.37
(5 plus or minus 6)

*Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 11/10/2019

Michael McKeon
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc  CASE NO. : 19-82531-CRJ-11  MONTH ENDING: 10/31/19

Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

x I. NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.  COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.  Amount collected this month on accounts receivable charged and paid this month.  $ _____

    B.  Amount collected this month on accounts receivable charged in prior months and paid this month.  $2106.25 _____

    C.  TOTAL collected this month on accounts _____  $2106.25

III.  PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | 87Q1 |
|---|---|---|---|---|---|
| Big Bob's | | 2235.63 | | | 2235.63 |
| Navistar | | 800.00 | | | 800.00 |
| American Signcrafters | 250.00 | | | | 250.00 |
| HDT Global | 1813.56 | | | | 1813.56 |
| Rotary Club of Madison | | | 916.53 | | 916.53 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $2063.56 | 3035.63 | 916.53 | | $6015.72 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 11/10/19

*michael mcKeon*
RESPONSIBLE PARTY *MjMcl*

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc    CASE NO. : 19-82531-CRJ-11    MONTH ENDING: 10/31/19

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES........................................$
AUTOMOBILES/VEHICLES (repairs & maintenance)...........    1083.19
COMMISSIONS/CONTRACT LABOR.............................    1856.16
INSURANCE (TOTAL)......................................     890.48
     AUTO                  $
     LIABILITY
     LIFE
     MEDICAL
     CASUALTY
     FIRE & THEFT
     WORKMAN'S COMP.
     OTHER
INTEREST PAID..........................................
INVENTORY PURCHASED....................................   12465.91
LEGAL FEES.............................................    3688.00
POSTAGE................................................
RENT/LEASE PAYMENTS ON REAL ESTATE.....................    2375
REPAIRS & MAINTENANCE..................................
SALARIES/WAGES PAID....................................   21576.10
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............
SUPPLIES (TOTAL).......................................     532.75
     OFFICE                $ 430.55
     OPERATING              102.20
TRAVEL & ENTERTAINMENT.................................     315.75
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]...............    6526.58
UNSECURED LOAN PAYMENTS................................
UTILITIES (TOTAL)......................................    1060.99
     ELECTRICITY           $
     GAS
     TELEPHONE             663.03
     WATER
     OTHER  Internet/Landline   397.96

OTHER BUSINESS DISBURSEMENTS    Banking
(Specify)                       Rental Equipment,marketing,
                                        Sales       $  5921.11
```

**TOTAL BUSINESS DISBURSEMENTS.........................$ 59353.01**

---

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 11/10/19

Michael McKeon
RESPONSIBLE PARTY    MJMcF

### Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>MDM Holdings, Inc</u>    CASE NO. : <u>19-82531-CRJ-11</u>    MONTH ENDING: <u>9/30/19</u>

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL* SECURED CREDITORS MUST BE LISTED BELOW

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

<u>11/10/19</u>    Michael McLean  MJMcL

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** MDM Holdings, Inc          **CASE NO. :** 19-82531-CRJ-11          **MONTH ENDING:** 10/31/19

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 10/3/2019 | 7067.50 | 934.67 | 934.67 | 309.94 | 309.94 |
| 10/17/2019 | 6879.30 | 879.27 | 879.27 | 300.83 | 300.83 |
| 10/31/2019 | 7629.30 | 1012.46 | 1012.46 | 337.49 | 337.49 |
| | | | | | |
| | | | | | |
| TOTAL | 21576.61 | 2826.40 | 2826.4 | 948.26 | 948.26 |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 10/07/2019 | AL Use & Sales | 802.35 | 10/07/2019 | Same | 802.35 |
| 10/22/2019 | AL Use & Sales | 790.75 | 10/22/2019 | Same | 790.75 |
| 10/1-10/31 | License, Permits | 1158.82 | 10/1-10/31 | Same | 1158.82 |
| TOTAL | | 2751.92 | | | 2751.92 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE *11/10/19*                    *Michael McKeon*
                                   RESPONSIBLE PARTY   *MDMcK*

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** MDM Holdings, Inc          **CASE NO. :** 19-82531-CRJ-11          **MONTH ENDING:** 10/31/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Progress Bank | ███████3296 | 4698.90 | 10/31/19 | Pre |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) Deb McKeon | $ | 4230 |
| Officer #2    (Name) _____ | $ | |
| Other Officer (Name) _____ | $ | |
| Employees (Number)  5 _____ | $ | 17345.33 |
| Employees (Relatives) _____ | $ | |
| Name _____ | $ | |
| Name _____ | $ | |

## INVENTORY  (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | 0 |
| Inventory - Purchased this Month - CASH | $ | 12048.91 |
| Inventory - Purchased this Month - CREDIT | $ | |
| Inventory - End of Month (COST) | $ | 0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured
         creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  11/10/19                    *michael McKeon*    *MJ McK*
                                  RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc          CASE NO. : 19-82531-CRJ-11          MONTH ENDING: 10/31/19

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

x_____  A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 11/10/19

_Michael McKeon_
RESPONSIBLE PARTY

**Bankruptcy Administrator Form – Business BA-03(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>MDM Holdings, Inc</u>    CASE NO. : <u>19-82531-CRJ-11</u>    MONTH ENDING: <u>10/31/19</u>

## BUSINESS DEBTOR'S BALANCE SHEET

See Attached

11/10/19

michael mckeon

# MDM HOLDINGS, INC

## BALANCE SHEET

As of October 31, 2019

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Economy Business Checking-3296 (3296) | 3,172.52 |
| **Total Bank Accounts** | **$3,172.52** |
| **Total Current Assets** | **$3,172.52** |
| **TOTAL ASSETS** | **$3,172.52** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| 941 Payroll Tax Liabilities | 1,396.21 |
| AL State Income Tax Payable | 20.77 |
| Employee Only-Insurance Withheld | -257.08 |
| Other Payroll Deductions | 125.00 |
| **Total Other Current Liabilities** | **$1,284.90** |
| **Total Current Liabilities** | **$1,284.90** |
| **Total Liabilities** | **$1,284.90** |
| Equity | |
| Opening Balance Equity | -754.37 |
| Retained Earnings | |
| Shareholder Draw | -3,572.08 |
| Net Income | 6,214.07 |
| **Total Equity** | **$1,887.62** |
| **TOTAL LIABILITIES AND EQUITY** | **$3,172.52** |

Case 19-82531-CRJ11   Doc 66   Filed 11/11/19   Entered 11/11/19 12:22:21   Desc Main
Document     Page 10 of 15

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** MDM Holdings, Inc      **CASE NO. :** 19-82531-CRJ-11      **MONTH ENDING:** 10/31/19

| | | |
|---|---|---|
| TOTAL REVENUE (SALES) | (a) | $ 45448.01 |
| Cost of Sales: | | |
|      Materials | | $ 14733.13 |
|      Labor | | $ 4570 |
|      Purchased Services | | $ 1516.16 |
|      Total Cost of Sales | (b) | $ 24628.88 |
|      Gross Profit | (a – b) = (c) | $ _ |

OPERATING EXPENSES

| | | |
|---|---|---|
| Management Salary | | $ 4230 |
| Other Salary Expense | | $ |
| Payroll Expenses | | $ 17346.10 |
| Outside Services & Contractors | | $ |
| Supplies (office & operating) | | $ 532.75 |
| Repairs & Maintenance | | $ |
| Advertising | | $ 1630.75 |
| Auto Expense | | $ 1083.19 |
| Delivery | | $ |
| Accounting & Legal | | $ |
| Rent | | $ 2375 |
| Telephone | | $ 663.03 |
| Travel & Entertainment | | $ 315.75 |
| Utilities | | $ 1060.99 |
| Insurance | | $ 890.48 |
| Taxes real estate, property, etc.) | | $ 2751.92 |
| Interest | | $ |
| Depreciation | | $ |
| Other Operating Expenses (describe) | | $ 5480.46 |
|     Banking, Rental Equipment, | | $ |
|     Marketing | | $ |
| Total Operating Expenses: | (d) | $ 38360.42 |
| Net Profit/(Loss) from Operations (c – d)=(e) | | $ -13731.54 |
| Non-Operating Income/Expenses | | $ |
| | | $ |
| | | $ |
| Total | (f) | $ |
| Net Profit/(Loss) | (e – f) | $ 13731.54 |

11/10/19             *michael mckess*    *mymck*

MDM Holdings, Inc. DBA
Experience Signs
143 Foxhound Dr.
Madison, AL 35758

Account Number
●●●●3296
Statement Period
Oct 01, 2019 To Oct 31, 2019
Printable Version  Save as PDF

Everyday Business Checking          Account Number 2060003296          Download transactions  CSV

View Images                                                                              Reconcile

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $18,603.90 | Average Balance | $14,318.44 |
| Number of Credits | 18 | Minimum Balance | $4,698.90 |
| Total Credits | $45,448.01 | Average Collected Balance | $11,048.86 |
| Number of Debits | 127 | | |
| Total Debits | $59,353.01 | Total Bank Charges | $0.00 |
| New Balance | $4,698.90 | (Includes Service Charge) | |

## Checks Cleared

| No | Date | Amount | No | Date | Amount | No | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1010 | Oct 07, 2019 | $2,413.98 | 1059 | Oct 11, 2019 | $576.22 | 1150 | Oct 15, 2019 | $100.00 |
| 1011 | Oct 07, 2019 | $128.52 | 1060 | Oct 15, 2019 | $200.00 | 1153 | * Oct 23, 2019 | $2,375.00 |
| 1022 | * Oct 16, 2019 | $505.00 | 1063 | * Oct 30, 2019 | $156.00 | 1155 | * Oct 23, 2019 | $590.00 |
| 1023 | Oct 22, 2019 | $1,000.00 | 1074 | * Oct 16, 2019 | $2,900.00 | 1160 | * Oct 22, 2019 | $460.00 |
| 1040 | * Oct 03, 2019 | $1,000.00 | 1089 | * Oct 16, 2019 | $650.00 | 1161 | * Oct 22, 2019 | $100.00 |
| 1053 | * Oct 01, 2019 | $400.00 | 1147 | Oct 08, 2019 | $300.00 | 1162 | * Oct 25, 2019 | $115.05 |
| 1057 | Oct 22, 2019 | $175.46 | 1148 | Oct 08, 2019 | $340.00 | 1164 | * Oct 30, 2019 | $99.15 |
| 1058 | Oct 15, 2019 | $78.00 | 1149 | Oct 23, 2019 | $68.05 | 9771 | * Oct 18, 2019 | $731.51 |

## Other Items

| Date | Transaction Details | Amount |
|---|---|---|
| Oct 01, 2019 | Debit Card Transaction NAME BADGES INT'L 8007660448 FL Terminal ID: 0114 Serial #: 000569582 | $41.78 |
| Oct 01, 2019 | Debit Card Transaction GRIMCO INC 6363050088 MO Terminal ID: 0000 Serial #: 000271475 | $190.00 |
| Oct 01, 2019 | Debit Card Transaction GRIMCO INC 6363050088 MO Terminal ID: 0000 Serial #: 000043383 | $190.39 |
| Oct 01, 2019 | Debit Card Transaction ROBIN RENTS EQUIPMENT 256-4894994 AL Terminal ID: 32534145 Serial #: 000645879 | $251.79 |
| Oct 01, 2019 | Debit Card Transaction S & F Custom Sign Corp HARTSELLE AL Terminal ID: 99999999 Serial #: 000154237 | $573.00 |
| Oct 02, 2019 | Debit Card Transaction PAYPAL *CITYDECATUR San Jose CA Terminal ID: 50910195 Serial #: 000286197 | $31.20 |
| Oct 02, 2019 | Debit Card Transaction S & F Custom Sign Corp HARTSELLE AL Terminal ID: 99999999 Serial #: 000861104 | $573.00 |
| Oct 02, 2019 | Debit Card Transaction BODIFORD'S AUTOMOTIVE MOBILE AL Terminal ID: 99999999 Serial #: 000725474 | $1,216.16 |
| Oct 02, 2019 | Debit Card Transaction NWS STAPLES 1158 2816 DECATUR AL Terminal ID: 08160235 Serial #: 000219262 | $23.96 |
| Oct 02, 2019 | Ach withdrawal MERCHE-SOLUTIONS BILLING | $612.87 |
| Oct 03, 2019 | Debit Card Transaction GRIMCO INC 6363050088 MO Terminal ID: 0000 Serial #: 000701498 | $150.00 |
| Oct 03, 2019 | Debit Card Transaction GRIMCO INC 6363050088 MO Terminal ID: 0000 Serial #: 000466352 | $294.25 |
| Oct 03, 2019 | Ach withdrawal INTUIT PAYROLL S QUICKBOOKS | $1.75 |
| Oct 03, 2019 | Ach withdrawal BENETRENDS INC 8664236387 | $138.00 |
| Oct 03, 2019 | Ach withdrawal INTUIT PAYROLL S QUICKBOOKS | $150.00 |
| Oct 03, 2019 | Ach withdrawal INTUIT PAYROLL S QUICKBOOKS | $5,833.39 |
| Oct 04, 2019 | Debit Card Transaction VISUAL COMMUNICATIONS 800-5664162 MN Terminal ID: 29571299 Serial #: 000226001 | $53.40 |
| Oct 04, 2019 | Debit Card Transaction DODGE DATA & ANALYTICS 8003936343 NY Terminal ID: 0000 Serial #: 000364764 | $78.00 |
| Oct 04, 2019 | Debit Card Transaction EBAY O*23-03953-03252 San Jose CA Terminal ID: 99999999 Serial #: 000913788 | $97.09 |
| Oct 04, 2019 | Ach withdrawal LIBERTY MUTUAL 401995080 | $890.48 |
| Oct 07, 2019 | Debit Card Transaction HP *INSTANT INK 855-785-2777 CA Terminal ID: 99999999 Serial #: 000093704 | $10.89 |
| Oct 07, 2019 | Debit Card Transaction SHELL SERVICE S MOBILE AL | $15.13 |

Terminal ID: 30570301 Serial #: 000697563

| | | |
|---|---|---|
| Oct 07, 2019 | Debit Card Transaction<br>STAPLES DIRECT 800-3333330 MA<br>Terminal ID: 078 Serial #: 000648707 | $21.06- |
| Oct 07, 2019 | Debit Card Transaction<br>SPIRIT TRAVEL CENTER EVERGREEN AL<br>Terminal ID: 89698601 Serial #: 000519435 | $31.69- |
| Oct 07, 2019 | Debit Card Transaction<br>HEROES SPORTS BAR & GR MOBILE AL<br>Terminal ID: 99999999 Serial #: 000167626 | $58.15- |
| Oct 07, 2019 | Debit Card Transaction<br>TST* THE RUBY SLIPPER MOBILE AL<br>Terminal ID: 99999999 Serial #: 000242887 | $63.37- |
| Oct 07, 2019 | Debit Card Transaction<br>4OVER 818-246-1170 CA<br>Terminal ID: 99999999 Serial #: 000141587 | $102.20- |
| Oct 07, 2019 | Ach withdrawal<br>AL-DEPT OF REV DIRECT DBT | $212.35- |
| Oct 07, 2019 | Ach withdrawal<br>AL-DEPT OF REV DIRECT DBT | $590.00- |
| Oct 07, 2019 | Ach withdrawal<br>IRS USATAXPYMT | $1,475.32- |
| Oct 08, 2019 | Debit Card Transaction<br>PAYPAL *CITYDECATUR 4029357733 CA<br>Terminal ID: 0000 Serial #: 000655254 | $36.35- |
| Oct 08, 2019 | Debit Card Transaction<br>HOLIDAY INN EXPRESS & MOBILE AL<br>Terminal ID: 0000 Serial #: 000270651 | $186.40- |
| Oct 08, 2019 | Debit Card Transaction<br>SQ *SQ *MADISON COUNTY Huntsville AL<br>Terminal ID: 99999999 Serial #: 000565412 | $207.41- |
| Oct 09, 2019 | Debit Card Transaction<br>MAPCO 7504 HUNTSVILLE AL<br>Terminal ID: 99999999 Serial #: 000620761 | $35.34- |
| Oct 09, 2019 | Ach withdrawal<br>OPTIMA BUSINESS SALE | $50.00- |
| Oct 10, 2019 | ATM Cash Withdrawal<br>PROGRESS BANK 255 GRANT STR DECATUR AL<br>Terminal ID: 1C104750 Serial #: 000002245 | $500.00- |
| Oct 10, 2019 | Debit Card Transaction<br>ADVANCE AUTO PARTS #91 DECATUR AL<br>Terminal ID: 0050 Serial #: 000184278 | $27.25- |
| Oct 10, 2019 | Debit Card Transaction<br>FRONTPOINT SECURITY 7037769100 VA<br>Terminal ID: 0001 Serial #: 000847900 | $99.98- |
| Oct 10, 2019 | Debit Card Transaction<br>ADVANCE AUTO PARTS #91 DECATUR AL<br>Terminal ID: 0050 Serial #: 000897967 | $103.19- |
| Oct 11, 2019 | Debit Card Transaction<br>ARBYS #7068 MADI MADISON AL<br>Terminal ID: 96001006 Serial #: 000063979 | $7.83- |
| Oct 11, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000602542 | $500.00- |
| Oct 11, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000514339 | $874.24- |
| Oct 11, 2019 | Debit Card Transaction<br>KROGER #0 4579 WALL TR MADISON AL<br>Terminal ID: 80060508 Serial #: 000051956 | $273.75- |
| Oct 11, 2019 | Ach withdrawal<br>IRS USATAXPYMT | $1,171.32- |
| Oct 15, 2019 | Debit Card Transaction<br>FB *Peggy Scott pay.fb.com CA<br>Terminal ID: 99999999 Serial #: 000630337 | $20.00- |
| Oct 15, 2019 | Debit Card Transaction<br>SHELL SERVICE S MADISON AL<br>Terminal ID: 20398401 Serial #: 000605623 | $28.88- |
| Oct 15, 2019 | Debit Card Transaction<br>PAYPAL *CITYDECATUR San Jose CA<br>Terminal ID: 18676838 Serial #: 000264427 | $31.20- |
| Oct 15, 2019 | Debit Card Transaction<br>FLORENCE CITY CLERK 2567606683 AL<br>Terminal ID: 2865 Serial #: 000112627 | $100.00- |
| Oct 15, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000656833 | $250.00- |
| Oct 15, 2019 | Debit Card Transaction<br>S & F Custom Sign Corp HARTSELLE AL<br>Terminal ID: 99999999 Serial #: 000142024 | $360.00- |
| Oct 15, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000410500 | $546.10- |
| Oct 15, 2019 | Debit Card Transaction<br>NWS STAPLES 1158 3828 DECATUR AL<br>Terminal ID: 08160235 Serial #: 000111204 | $126.36- |
| Oct 16, 2019 | Debit Card Transaction<br>SAGE 8009257243 TX<br>Terminal ID: 0000 Serial #: 000345220 | $44.10- |
| Oct 16, 2019 | Debit Card Transaction<br>AMAZON.COM SEATTLE WA<br>Terminal ID: 00000101 Serial #: 000702618 | $92.07- |
| Oct 16, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000440511 | $100.00- |
| Oct 16, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000291017 | $121.75- |
| Oct 16, 2019 | Debit Card Transaction<br>S & F Custom Sign Corp HARTSELLE AL | $386.00- |

| Date | Description | Amount |
|---|---|---|
| | Terminal ID: 99999999 Serial #: 000780642 | |
| Oct 16, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000353687 | $441.04- |
| Oct 16, 2019 | Debit Card Transaction<br>TUBELITE 3173529366 IN<br>Terminal ID: 0000 Serial #: 000483997 | $713.18- |
| Oct 16, 2019 | Debit Card Transaction<br>CITY SCOOP SAN LEANDRO CA<br>Terminal ID: 79971086 Serial #: 000719308 | $99.99- |
| Oct 17, 2019 | EFT/ACH Debit<br>OPS:3B2CQ3AS:LIBERTY NATIONAL LIFE INSURANCE COMPA | $263.19- |
| Oct 17, 2019 | Debit Card Transaction<br>AMAZON.COM SEATTLE WA<br>Terminal ID: 00000101 Serial #: 000768586 | $8.59- |
| Oct 17, 2019 | Debit Card Transaction<br>AMAZON.COM SEATTLE WA<br>Terminal ID: 00000101 Serial #: 000483274 | $23.55- |
| Oct 17, 2019 | Debit Card Transaction<br>CHEVRON 0355425 DECATUR AL<br>Terminal ID: 99999999 Serial #: 000349337 | $82.40- |
| Oct 17, 2019 | Debit Card Transaction<br>INT*IN *LEVEL 7 CONCEP 405-7451010 OK<br>Terminal ID: 99999999 Serial #: 000896896 | $297.30- |
| Oct 17, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $5,709.70- |
| Oct 18, 2019 | EFT/ACH Debit<br>OPS:3BSCX3CS:VERIZON WIRELESS | $663.03- |
| Oct 18, 2019 | Debit Card Transaction<br>MAPCO 7504 HUNTSVILLE AL<br>Terminal ID: 99999999 Serial #: 000352586 | $27.80- |
| Oct 21, 2019 | Debit Card Transaction<br>AMAZON.COM SEATTLE WA<br>Terminal ID: 00000101 Serial #: 000560030 | $7.61- |
| Oct 21, 2019 | Debit Card Transaction<br>REVLOCAL 8004567470 OH<br>Terminal ID: 5684 Serial #: 000575581 | $299.00- |
| Oct 21, 2019 | Ach withdrawal<br>IRS USATAXPYMT | $1,405.54- |
| Oct 22, 2019 | Debit Card Transaction<br>HP *INSTANT INK 855-785-2777 CA<br>Terminal ID: 99999999 Serial #: 000203095 | $21.79- |
| Oct 22, 2019 | Debit Card Transaction<br>TUBELITE 3173529366 IN<br>Terminal ID: 0000 Serial #: 000608505 | $183.04- |
| Oct 22, 2019 | Debit Card Transaction<br>WENSCO SIGN SUPPLY 6167853333 MI<br>Terminal ID: 0000 Serial #: 000880422 | $363.79- |
| Oct 22, 2019 | Ach withdrawal<br>AL-DEPT OF REV DIRECT DBT | $32.70- |
| Oct 22, 2019 | Ach withdrawal<br>AL-DEPT OF REV DIRECT DBT | $334.52- |
| Oct 22, 2019 | Ach withdrawal<br>AL ONESPOT TAX ALABAMA.GO | $456.23- |
| Oct 23, 2019 | ATM Cash Withdrawal<br>PROGRESS BANK 8337 HIGHWAY MADISON AL<br>Terminal ID: IC104950 Serial #: 000000630 | $200.00- |
| Oct 23, 2019 | Debit Card Transaction<br>INT*IN *OPTIMA BUSINES 256-8086314 AL<br>Terminal ID: 99999999 Serial #: 000951876 | $365.00- |
| Oct 23, 2019 | Debit Card Transaction<br>S & F Custom Sign Corp HARTSELLE AL<br>Terminal ID: 99999999 Serial #: 000959878 | $572.00- |
| Oct 23, 2019 | Ach withdrawal<br>OPTIMA BUSINESS SALE | $50.00- |
| Oct 24, 2019 | ATM Cash Withdrawal<br>PROGRESS BANK 8337 HIGHWAY MADISON AL<br>Terminal ID: IC104950 Serial #: 000000635 | $300.00- |
| Oct 24, 2019 | Debit Card Transaction<br>HP *INSTANT INK 855-785-2777 CA<br>Terminal ID: 99999999 Serial #: 000664925 | $21.79- |
| Oct 24, 2019 | Debit Card Transaction<br>MAPCO 7504 HUNTSVILLE AL<br>Terminal ID: 99999999 Serial #: 000969654 | $30.93- |
| Oct 24, 2019 | Debit Card Transaction<br>PAYPAL *CITYDECATUR San Jose CA<br>Terminal ID: 36465445 Serial #: 000090534 | $31.20- |
| Oct 24, 2019 | Debit Card Transaction<br>NAME BADGES INT'L 8007660448 FL<br>Terminal ID: 0114 Serial #: 000265295 | $158.65- |
| Oct 24, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000106985 | $211.82- |
| Oct 24, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000868067 | $542.17- |
| Oct 24, 2019 | Ach withdrawal<br>OPTIMA BUSINESS SALE | $50.00- |
| Oct 28, 2019 | Debit Card Transaction<br>BLAISE DRAKE - AIM SMA 610-685-9700 PA<br>Terminal ID: 99999999 Serial #: 000345843 | $59.00- |
| Oct 28, 2019 | Debit Card Transaction<br>SPIKE MONTHLY DISCOUNT 8444453477 CO<br>Terminal ID: 0000 Serial #: 000657445 | $9.99- |
| Oct 29, 2019 | Debit Card Transaction<br>GREEN MOUNTAIN RENTAL GUNTERSVILLE AL<br>Terminal ID: 20221671 Serial #: 000629283 | $1,550.00- |
| Oct 29, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $1.75- |

| Date | Description | | Amount |
|------|-------------|---|--------|
| Oct 29, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | | $150.00- |
| Oct 30, 2019 | EFT/ACH Debit<br>OPS:4B4CT3AS:LIBERTY NATIONAL LIFE INSURANCE COMPA | | $87.73- |
| Oct 30, 2019 | Debit Card Transaction<br>INT*IN *LEVEL 7 CONCEP 405-7451010 OK<br>Terminal ID: 99999999 Serial #: 000971631 | | $27.28- |
| Oct 30, 2019 | Debit Card Transaction<br>EIG*HOSTGATOR.COM 713-5745287 MA<br>Terminal ID: 00001000 Serial #: 000711109 | | $55.00- |
| Oct 30, 2019 | Debit Card Transaction<br>EIG*HOSTGATOR.COM 713-5745287 MA<br>Terminal ID: 00001000 Serial #: 000776813 | | $114.95- |
| Oct 31, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000419600 | | $300.00- |
| Oct 31, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000325819 | | $316.03- |
| Oct 31, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | | $1.75- |
| Oct 31, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | | $300.00- |
| Oct 31, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | | $6,289.85- |

## Transaction Details

| Date | Description | Amount |
|------|-------------|--------|
| Oct 01, 2019 | Regular Deposit | $5,894.00 |
| Oct 04, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $250.00 |
| Oct 08, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $623.12 |
| Oct 09, 2019 | Regular Deposit | $762.30 |
| Oct 09, 2019 | Regular Deposit | $1,355.55 |
| Oct 09, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $100.00 |
| Oct 10, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $349.94 |
| Oct 11, 2019 | Regular Deposit | $347.26 |
| Oct 11, 2019 | Regular Deposit | $16,649.18 |
| Oct 16, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $2,438.10 |
| Oct 18, 2019 | Regular Deposit | $7,494.00 |
| Oct 22, 2019 | Regular Deposit | $4,877.51 |
| Oct 22, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $2,708.76 |
| Oct 22, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000899311 | $95.80 |
| Oct 23, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $154.11 |
| Oct 29, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000406835 | $77.50 |
| Oct 31, 2019 | Ach deposit<br>MERCHE-SOLUTIONS AMEX DEP | $491.53 |
| Oct 31, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $779.35 |

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Sep 30, 2019 | $18,603.90 | Oct 10, 2019 | $8,139.72 | Oct 23, 2019 | $14,740.61 |
| Oct 01, 2019 | $22,650.94 | Oct 11, 2019 | $21,732.80 | Oct 24, 2019 | $13,394.05 |
| Oct 02, 2019 | $20,393.75 | Oct 15, 2019 | $19,892.26 | Oct 25, 2019 | $13,279.00 |
| Oct 03, 2019 | $12,826.36 | Oct 16, 2019 | $16,277.23 | Oct 28, 2019 | $13,210.01 |
| Oct 04, 2019 | $11,957.39 | Oct 17, 2019 | $9,892.50 | Oct 29, 2019 | $11,585.76 |
| Oct 07, 2019 | $6,834.73 | Oct 18, 2019 | $15,964.16 | Oct 30, 2019 | $10,635.65 |
| Oct 08, 2019 | $6,387.69 | Oct 21, 2019 | $14,252.01 | Oct 31, 2019 | $4,698.90 |
| Oct 09, 2019 | $8,520.20 | Oct 22, 2019 | $18,806.55 | | |

**Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed and you may review our policy and practices with respect to your personal information at the following: https://www.myprogressbank.com/About-Us/ Privacy-Security/Privacy-Policy or we will mail you a free copy upon request if you call us at 1-888-513-2288.**