# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **MDM HOLDINGS, INC.** | ) | **Chapter 11** |
| | ) | **Case No. 19-82531-CRJ-11** |
| **Debtor.** | ) | |
| | ) | |

## NOTICE OF DEFAULT PURSUANT TO AGREED FINAL ORDER AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL AND TO PROVIDE ADEQUATE PROTECTION ENTERED OCTOBER 25, 2019

Comes now Strategic Funding Source, Inc. d/b/a Supersonic Funding ("**Strategic**"), by and through counsel, and files this Notice of Default as to the first adequate protection payment due to be paid to Strategic.

1. On October 25, 2019, the Court entered the Agreed Final Order Authorizing the Debtor to Use Cash Collateral and to Provide Adequate Protection (Doc. 63, the "**Agreed Order**"). The Agreed Order states the following:

    A. The Debtor shall pay Strategic $800.00 per month beginning November 4, 2019, and the first Friday of every month thereafter. The Debtor will continue the payments on a monthly basis until the expiration or termination of this Agreed Order. These monthly payments shall be remitted by automatic ACH payments debited from the Debtor's debtor-in-possession account (the "DIP Account"). The Debtor shall provide Strategic a cancelled check for the DIP Account, and an email listing the pending payment dates and amounts.

(*See* Paragraph A of Agreed Order, p. 4).

2. Further, the Agreed Order provides that an "Event of Default" shall mean "(c) upon ten (10) days written notice by [ ] Strategic to the Debtor and the United States Bankruptcy

Administrator of the Debtor's breach of any of the terms, conditions or provisions of this Agreed Order, …." (*See* Paragraph M of Agreed Order, pp. 8-9).

3. The Agreed Order provides that, in the event of a default, Strategic will transmit a Notice of Default to Debtor and Debtor's attorneys, and if the default set forth in the Notice of Default is not cured within ten (10) days of the Notice of Default, then the Debtor's authority to use the Cash Collateral shall terminate, the automatic stay shall be terminated as to Strategic, and all amounts due under the Agreement shall be immediately due and payable, among other relief. (*See* Paragraph N of Agreed Order, pp. 9-10).

4. Debtor provided account information for Strategic to debit the monthly payments under the Agreed Order, which were to begin on November 4, 2019. However, the first ACH payment could not be paid to Strategic because the account was reported as closed. Therefore, because Debtor did not make the first adequate protection payment, Debtor has defaulted on its obligations under the Agreed Order by failing to pay the required adequate protection payment due November 4, 2019. As a result of Debtor's default, Strategic is not adequately protected in this matter.

5. In accordance with Paragraph N of the Agreed Order, Strategic submits this written notice of default to the Debtor. In the event this default is not cured within ten (10) days of this Notice of Default, unless otherwise ordered by the Court, Debtor's authority to use Cash Collateral shall terminate, the automatic stay shall be terminated with respect to Strategic, all amounts due under the Agreement shall be immediately due and payable, and Strategic shall be entitled to pursue its remedies under the Existing Documents (as defined in the Agreed Order).

Dated: November 14, 2019.

                              Respectfully submitted,

                              */s/ Rita L. Hullett*
                              Rita L. Hullett
                              BAKER, DONELSON, BEARMAN,
                              CALDWELL & BERKOWITZ, PC
                              1400 Wells Fargo Tower
                              420 20th Street N
                              Birmingham, AL 35203
                              Telephone: (205) 250-8310
                              Email: rhullett@bakerdonelson.com

                              *Attorney for Strategic Funding Source, Inc. d/b/a Supersonic Funding*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties not so indicated on the electronic filing receipt will be served by undersigned counsel by electronic mail as shown below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Tazewell T. Shepard III<br>Tazewell T. Shepard IV<br>SPARKMAN, SHEPARD & MORRIS, P.C.<br>P.O. Box 19045<br>Huntsville, AL 35804<br>taze@ssmattorneys.com<br>ty@ssmattorneys.com | MDM Holdings, Inc.<br>mmckeon2020@gmail.com |
| Richard M. Blythe<br>Assistant U.S. Bankruptcy Administrator<br>Northern District of Alabama<br>Richard_Blythe@alnba.uscourts.gov | |

                                                  */s/ Rita L. Hullett*
                                                Of Counsel