## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** MDM Holdings, Inc          **CASE NO. :** 19-82531-CRJ-11          **MONTH ENDING:** 11/30/19

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES x NO_____ All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES x NO_____ All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |

2. YES x NO_____ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:     TYPE_____not in force.

                     TYPE_____not in force.

3. YES x NO_____ New books and records were opened and are being maintained daily.

4. YES x NO_____ Copies of all banks statements and reconciliations are attached .

5. YES x NO_____ I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES x NO_____ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 12/8/2019 _____                    Michael McKeon  _____

Phone No. 256-425-2910                                RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** MDM Holdings, Inc          **CASE NO. :** 19-82531-CRJ-11          **MONTH ENDING:** 11/30/19

## Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual    (Circle One)    -Cash |

**CASH ON HAND (Beginning)** is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) 4698.90

B.   RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C)   3530.09

Cash Sales   29451.69

Loan Proceeds from_____

Sale of Property _____
(Not in ordinary course of business)

Other_____   _____

_____   _____

C.   TOTAL RECEIPTS   32981.78
(Total of B)

D.   BUSINESS DISBURSEMENTS
FROM FORM BA-02(B)   31791.10

E.   SURPLUS OR DEFICIT   1155.78
(C minus D)

F.   CASH ON HAND (End)   5854.58
(A plus E)

**INCOME STATEMENT** -Accrual (Circle One) -Cash

1.   REVENUE FROM TOTAL SALES   $32981.90

2.   LESS COST OF THOSE SALES   7871.85
(Cost of materials, Labor, etc.)

3.   EQUALS GROSS   35110.05

4.   LESS OPERATING EXPENSES   23919.25

5.   EQUALS NET PROFIT OPERATIONS
(3 minus 4)   1190.80

6.   NON-OPERATING INCOME/EXPENSES
(LIST SPECIFIC INCOME/EXPENSES)

_____   _____

_____   _____

_____   _____

7.   EQUALS NET PROFIT OR NET LOSS   $1190.80
(5 plus or minus 6)

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 12/8/2019

RESPONSIBLE PARTY _~~Name~~_

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc    CASE NO.: 19-82531-CRJ-11    MONTH ENDING: 11/30/19

Attach to Business Form BA-02

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

**I.** NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

**II.** COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

     A.   Amount collected this month on accounts receivable charged and paid this month.     $_____

     B.   Amount collected this month on accounts receivable charged in prior months and paid this month.     $3530.09____

     C.   TOTAL collected this month on accounts _____ $3530.09

**III.** PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | 87Q1 |
|---|---|---|---|---|---|
| Big Bob's | | | 2235.63` | | 2235.63 |
| American Signcrafters | 500.00 | | | | 500.00 |
| American Signcrafters | | 250.00 | | | 250.00 |
| Champy's | 370.00 | | | | 370.00 |
| Fedex Ground | 500.00 | | | | 500.00 |
| Assured Storage | 61.70 | | | | 61.70 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | | | | |
| I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF. <br><br> DATE 12/8/2019 | $1431.70 | $250.00 | $2235.63 | | $3917.33 |

|  | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Bankruptcy Administrator Form - Business BA-02(A)** | | | | | |

12/9/19

*signature*

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc    CASE NO. : 19-82531-CRJ-11    MONTH ENDING: 11/30/19

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES........................................$
AUTOMOBILES/VEHICLES (repairs & maintenance)...........  705.89
COMMISSIONS/CONTRACT LABOR.............................  750.00
INSURANCE (TOTAL).....................................  890.48
     AUTO                  $
     LIABILITY
     LIFE
     MEDICAL
     CASUALTY
     FIRE & THEFT
     WORKMAN'S COMP.
     OTHER
INTEREST PAID.........................................
INVENTORY PURCHASED...................................  6262.96
LEGAL FEES............................................
POSTAGE...............................................  76.12
RENT/LEASE PAYMENTS ON REAL ESTATE....................  2375
REPAIRS & MAINTENANCE.................................
SALARIES/WAGES PAID...................................  11104.70
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]...........
SUPPLIES (TOTAL)......................................  752.32
     OFFICE               $ 314.82
     OPERATING              437.5
TRAVEL & ENTERTAINMENT................................  62.21
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]..............5629.68
UNSECURED LOAN PAYMENTS...............................  800.00
UTILITIES (TOTAL).....................................  492.50
     ELECTRICITY          $
     GAS
     TELEPHONE             235.00
     WATER
     OTHER  Internet/Landline    257.50

OTHER BUSINESS DISBURSEMENTS    Book Keeping
(Specify)                       Rental Equipment,marketing,
                                       Sales        $  1924.24

TOTAL BUSINESS DISBURSEMENTS..........................$  31791.10
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12/8/2019

RESPONSIBLE PARTY _MWMcL_

Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: **MDM Holdings, Inc**     CASE NO. : **19-82531-CRJ-11**     MONTH ENDING: **12/819**

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

| | | | | | |
|---|---|---|---|---|---|
| Stearns Bank | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

12-9-19                     *[signature]*

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** MDM Holdings, Inc        **CASE NO. :** 19-82531-CRJ-11     **MONTH ENDING:** 10/31/19

## Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 10/30/2019 | **7629.30 | 1012.46 | 1012.46 | 337.49 | 247.33 |
| 11/14/2019 | 6934.52 | 970.83 | 970.83 | 305.12 | 98.65 |
| 11/28/2019 | 6930.78 | 970.30 | *970.30 | *304.95 | *97.90 |
| | ** Paid 10/19 | | *To be paid 1st week of 12/19 | | |
| TOTAL | 13865.30 | 1983.29 | 1983.29 | 642.61 | 345.98 |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 114/2019 | AL Use & Sales | 1798.91 | 10/07/2019 | Same | 1798.91 |
| 10/1-10/31 | License, Permits | 858.89 | 10/1-10/31 | Same | 858.89 |
| | | | | | |
| TOTAL | | 2657.80 | | | 2657.80 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 12/8/2019

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** MDM Holdings, Inc          **CASE NO. :** 19-82531-CRJ-11        **MONTH ENDING:** 12/30/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Progress Bank | ████3296 | 5854.58 | 10/31/19 | Pre |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name)  Deb McKeon | $ | 0 |
| Officer #2    (Name) | $ | |
| Other Officer (Name) | $ | |
| Employees (Number)    5 | $ | 13865.30 |
| Employees (Relatives) | $ | |
| Name | $ | |
| Name | $ | |

## INVENTORY  (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | 0 |
| Inventory - Purchased this Month - CASH | $ | 6262.96 |
| Inventory - Purchased this Month - CREDIT | $ | |
| Inventory - End of Month (COST) | $ | 0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X____  A. No payments on pre-petition debts have been made this month.
____  B. The following payments have been made this month to unsecured
          creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 12/8/2019

RESPONSIBLE PARTY _mymk_

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>MDM Holdings, Inc</u>    CASE NO. : <u>19-82531-CRJ-11</u>    MONTH ENDING: <u>11/30/19</u>

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

<u>  x  </u>  A.  All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

### ** OR **

<u>      </u>  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE <u>12/8/2019</u>

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc        CASE NO. : 19-82531-CRJ-11        MONTH ENDING: 11/30/19

## BUSINESS DEBTOR'S BALANCE SHEET

**See Attachment**

12/8/2019

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** <u>MDM Holdings, Inc</u>          **CASE NO. :** <u>19-82531-CRJ-11</u>          **MONTH ENDING:** <u>11/30/19</u>

TOTAL REVENUE (SALES)                    (a)  $ <u>32981.78</u>
  Cost of Sales:
                Materials        $ 6971.85
                Labor            $
                Purchased Services $ 900
      Total Cost of Sales        (b)  $       7871.85
      Gross Profit        (a - b) = (c)  $

OPERATING EXPENSES
                Management Salary        $ 0
                Other Salary Expense     $
                Payroll Expenses         $ 11104.70
                Outside Services & Contractors  $
                Supplies (office & operating)   $ 752.32
                Repairs & Maintenance    $
                Advertising              $ 352.40
                Auto Expense             $ 705.89
                Delivery                 $ 76.12
                Accounting & Legal       $
                Rent                     $ 2375
                Telephone                $ 235
                Travel & Entertainment   $ 62.21
                Utilities                $ 257.5
                Insurance                $ 890.48
                Taxes real estate, property, etc.)  $ 5629.68
                Interest                 $
                Depreciation             $
                Other Operating Expenses (describe) $ 1477.95
                 Banking, Rental Equipment,  $
                                         $
      Total Operating Expenses:          (d)  $23919.25

      Net Profit/(Loss) from Operations (c - d)=(e)  $ 1190.68

      Non-Operating Income/Expenses $
      _____ $
      _____ $
      Total                              (f)  $

      Net Profit/(Loss)            (e - f)  $ 1190.68

12/8/2019

# MDM HOLDINGS, INC

## BALANCE SHEET

As of November 30, 2019

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Economy Business Checking-3296 (3296) | 5,941.54 |
| **Total Bank Accounts** | **$5,941.54** |
| **Total Current Assets** | **$5,941.54** |
| **TOTAL ASSETS** | **$5,941.54** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| 941 Payroll Tax Liabilities | 1,764.14 |
| AL State Income Tax Payable | 20.77 |
| Employee Only-Insurance Withheld | -257.08 |
| Other Payroll Deductions | 125.00 |
| SALES TAX PAYABLE | -253.00 |
| STRATEGIC SFS | -800.00 |
| **Total Other Current Liabilities** | **$599.83** |
| **Total Current Liabilities** | **$599.83** |
| **Total Liabilities** | **$599.83** |
| Equity | |
| Opening Balance Equity | -754.37 |
| Retained Earnings | |
| Shareholder Draw | -3,572.08 |
| Net Income | 9,668.16 |
| **Total Equity** | **$5,341.71** |
| **TOTAL LIABILITIES AND EQUITY** | **$5,941.54** |

# ProgressBank



MEMBER
**FDIC**

201 Williams Avenue
Huntsville AL 35801
PH: 256-319-3600
Fax: 256-319-3644

MDM Holdings, Inc. DBA
Experience Signs
143 Foxhound Dr.
Madison, AL 35758

**Account Number**
████3296
**Statement Period**
Nov 01, 2019 To Nov 30, 2019

Save as PDF

**Economy Business Checking**          **Account Number:** ████3296

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $4,698.90 | Average Balance | $5,565.41 |
| Number of Credits | 21 | Minimum Balance | $532.67 |
| Total Credits | $32,981.78 | Average Collected Balance | $4,787.53 |
| Number of Debits | 77 | | |
| Total Debits | $31,791.10 | Total Bank Charges | $35.00 |
| Number Of Fees | 1 | (Includes Service Charge) | |
| Total Fees | $35.00 | | |
| New Balance | $5,854.58 | | |

## Checks (22 In Order)

| No | Date | Amount | No | Date | Amount | No | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1061 | Nov 06, 2019 | $127.06 | 1157 | Nov 01, 2019 | $132.81 | 1171 | Nov 08, 2019 | $4.00 |
| 1065 * | Nov 08, 2019 | $125.00 | 1158 | Nov 19, 2019 | $1,300.00 | 1172 | Nov 12, 2019 | $73.50 |
| 1066 | Nov 07, 2019 | $100.00 | 1159 | Nov 19, 2019 | $2,375.00 | 1173 | Nov 19, 2019 | $37.50 |
| 1067 | Nov 15, 2019 | $232.79 | 1165 * | Nov 07, 2019 | $1,978.83 | 1174 | Nov 12, 2019 | $700.00 |
| 1068 | Nov 26, 2019 | $36.60 | 1167 * | Nov 07, 2019 | $234.65 | 1175 | Nov 14, 2019 | $86.92 |
| 1069 | Nov 26, 2019 | $50.00 | 1168 | Nov 12, 2019 | $350.00 | 9772 * | Nov 18, 2019 | $272.03 |
| 1154 * | Nov 20, 2019 | $22.45 | 1169 | Nov 12, 2019 | $400.00 | | | |
| 1156 * | Nov 01, 2019 | $334.00 | 1170 | Nov 14, 2019 | $72.00 | | | |

## Other Debits

| Date | Transaction Details | Amount |
|---|---|---|
| Nov 01, 2019 | Debit Card Transaction<br>ITEX CORPORATION BELLEVUE WA<br>Terminal ID: 99999999 Serial #: 000210325 | $125.00- |
| Nov 01, 2019 | Debit Card Transaction<br>N. GLANTZ AND SON 502-4264473 KY<br>Terminal ID: 99999999 Serial #: 000831151 | $194.69- |
| Nov 01, 2019 | Ach withdrawal<br>DEPT OF LABOR UC_TAX | $116.18- |
| Nov 01, 2019 | Ach withdrawal<br>AL-DEPT OF REV DIRECT DBT | $1,798.91- |
| Nov 04, 2019 | Debit Card Transaction<br>AMAZON.COM SEATTLE WA<br>Terminal ID: 00000101 Serial #: 000149137 | $17.16- |

Case 19-82531-CRJ11   Doc 87   Filed 12/09/19   Entered 12/09/19 12:25:47   Desc Main
                          Document        Page 14 of 18

| Date | Transaction | Amount |
|---|---|---|
| Nov 04, 2019 | Debit Card Transaction<br>MAPCO 7539 DECATUR AL<br>Terminal ID: 75393700 Serial #: 000048759 | $31.76- |
| Nov 04, 2019 | Debit Card Transaction<br>VISUAL COMMUNICATIONS 800-5664162 MN<br>Terminal ID: 29571299 Serial #: 000300220 | $53.40- |
| Nov 04, 2019 | Ach withdrawal<br>MERCHE-SOLUTIONS BILLING | $353.89- |
| Nov 04, 2019 | Ach withdrawal<br>IRS USATAXPYMT | $1,597.28- |
| Nov 05, 2019 | Debit Card Transaction<br>HP *INSTANT INK 855-785-2777 CA<br>Terminal ID: .99999999 Serial #: 000111630 | $10.89- |
| Nov 05, 2019 | Ach withdrawal<br>BENETRENDS INC 8664236387 | $138.00- |
| Nov 06, 2019 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576102 Serial #: 000536675 | $62.21- |
| Nov 06, 2019 | Ach withdrawal<br>LIBERTY MUTUAL 401995080 | $890.42- |
| Nov 07, 2019 | Debit Card Transaction<br>INT*IN *LEVEL 7 CONCEP 405-7451010 OK<br>Terminal ID: 99999999 Serial #: 000900447 | $16.78- |
| Nov 07, 2019 | Debit Card Transaction<br>TRADEBANK COM LAWRENCEVILLE GA<br>Terminal ID: 20012251 Serial #: 000300101 | $35.00- |
| Nov 07, 2019 | Debit Card Transaction<br>SHELL SERVICE S DECATUR AL<br>Terminal ID: 22890101 Serial #: 000143838 | $40.00- |
| Nov 08, 2019 | Debit Card Transaction<br>GOBBLE FITE LUMBER CO DECATUR AL<br>Terminal ID: 16123517 Serial #: 000628500 | $93.60- |
| Nov 08, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000604536 | $250.00- |
| Nov 08, 2019 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000191428 | $437.27- |
| Nov 12, 2019 | Debit Card Transaction<br>PAYPAL *ORDERAPRINT 4029357733 IL<br>Terminal ID: 00000001 Serial #: 000603366 | $5.00- |
| Nov 12, 2019 | Debit Card Transaction<br>NWS STAPLES 1158 1605 DECATUR AL<br>Terminal ID: 08160235 Serial #: 000200560 | $178.14- |
| Nov 12, 2019 | Ach withdrawal<br>OPTIMA BUSINESS SALE | $50.00- |
| Nov 12, 2019 | Ach withdrawal<br>OPTIMA BUSINESS SALE | $50.00- |
| Nov 14, 2019 | Debit Card Transaction<br>AMAZON.COM SEATTLE WA<br>Terminal ID: 00000101 Serial #: 000538644 | $26.99- |
| Nov 14, 2019 | Debit Card Transaction<br>MAPCO 7504 HUNTSVILLE AL<br>Terminal ID: 99999999 Serial #: 000498809 | $29.36- |
| Nov 14, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $1.75- |
| Nov 14, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $150.00- |

Case 19-82531-CRJ11    Doc 87    Filed 12/09/19    Entered 12/09/19 12:25:47    Desc Main
Document      Page 15 of 18

| Date | Description | Amount |
|---|---|---|
| Nov 14, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $5,559.92- |
| Nov 15, 2019 | Debit Card Transaction<br>SHELL SERVICE S MADISON AL<br>Terminal ID: 20398401 Serial #: 000031717 | $40.00- |
| Nov 15, 2019 | Debit Card Transaction<br>TUBELITE 3173529366 IN<br>Terminal ID: 0000 Serial #: 000000917 | $94.52- |
| Nov 15, 2019 | Debit Card Transaction<br>ITEX CORPORATION BELLEVUE WA<br>Terminal ID: 99999999 Serial #: 000934686 | $170.00- |
| Nov 15, 2019 | Debit Card Transaction<br>INNOVATION SPECIALTIES 3103988116 CA<br>Terminal ID: 72227751 Serial #: 000150916 | $209.00- |
| Nov 15, 2019 | Debit Card Transaction<br>LEXJET, LLC SARASOTA FL<br>Terminal ID: 99999999 Serial #: 000439695 | $480.72- |
| Nov 18, 2019 | Debit Card Transaction<br>SAGE 8009257243 TX<br>Terminal ID: 0000 Serial #: 000582820 | $44.10- |
| Nov 18, 2019 | Debit Card Transaction<br>TUBELITE 3173529366 IN<br>Terminal ID: 0000 Serial #: 000355378 | $59.27- |
| Nov 18, 2019 | Debit Card Transaction<br>EIG*HOSTGATOR.COM 713-5745287 MA<br>Terminal ID: 00001000 Serial #: 000675156 | $45.00- |
| Nov 18, 2019 | Debit Card Transaction<br>CITY SCOOP SAN LEANDRO CA<br>Terminal ID: 79971086 Serial #: 000565462 | $99.99- |
| Nov 18, 2019 | Ach withdrawal<br>IRS USATAXPYMT | $1,374.60- |
| Nov 19, 2019 | Debit Card Transaction<br>EIG*HOSTGATOR.COM 713-5745287 MA<br>Terminal ID: 00001000 Serial #: 000103659 | $10.00- |
| Nov 19, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $1.75- |
| Nov 19, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $150.00- |
| Nov 19, 2019 | Ach withdrawal<br>STRATEGIC SFSDEBIT | $800.00- |
| Nov 20, 2019 | Debit Card Transaction<br>INNOVATION SPECIALTIES 3103988116 CA<br>Terminal ID: 72227751 Serial #: 000285834 | $19.73- |
| Nov 20, 2019 | Debit Card Transaction<br>S & F Custom Sign Corp HARTSELLE AL<br>Terminal ID: 99999999 Serial #: 000713305 | $250.00- |
| Nov 20, 2019 | Debit Card Transaction<br>FEDEX 496920816 MEMPHIS TN<br>Terminal ID: 1 Serial #: 000454499 | $39.52- |
| Nov 20, 2019 | Debit Card Transaction<br>REVLOCAL 8004567470 OH<br>Terminal ID: 5684 Serial #: 000390974 | $299.00- |
| Nov 21, 2019 | Ach withdrawal<br>AL-DEPT OF REV DIRECT DBT | $253.00- |
| Nov 21, 2019 | NSF Check Charge<br>AL ONESPOT TAX ALABAMA.GO | $35.00- |
| Nov 25, 2019 | Debit Card Transaction<br>HP *INSTANT INK 855-785-2777 CA<br>Terminal ID: 99999999 Serial #: 000909430 | $21.79- |

| Nov 25, 2019 | Debit Card Transaction<br>HP *INSTANT INK 855-785-2777 CA<br>Terminal ID: 99999999 Serial #: 000125115 | $21.79- |
| Nov 25, 2019 | Debit Card Transaction<br>STAPLES DIRECT 800-3333330 MA<br>Terminal ID: 003 Serial #: 000091626 | $33.06- |
| Nov 26, 2019 | Debit Card Transaction<br>SPIKE MONTHLY DISCOUNT 8444453477 CO<br>Terminal ID: 0000 Serial #: 000203957 | $9.99- |
| Nov 26, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $1.75- |
| Nov 26, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $300.00- |
| Nov 27, 2019 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $5,544.78- |
| Nov 29, 2019 | Debit Card Transaction<br>BLAISE DRAKE - AIM SMA 610-685-9700 PA<br>Terminal ID: 99999999 Serial #: 000638262 | $59.00- |

## Deposits/Credits

| Date | Transaction Details | Amount |
|------|---------------------|--------|
| Nov 01, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $631.14 |
| Nov 04, 2019 | Regular Deposit | $549.51 |
| Nov 04, 2019 | Regular Deposit | $1,423.75 |
| Nov 04, 2019 | Regular Deposit | $1,585.24 |
| Nov 04, 2019 | Regular Deposit | $2,000.00 |
| Nov 05, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $1,842.92 |
| Nov 06, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $2,050.00 |
| Nov 07, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $1,209.38 |
| Nov 12, 2019 | Regular Deposit | $4,671.23 |
| Nov 12, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $2,060.30 |
| Nov 13, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $399.76 |
| Nov 14, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $1,112.82 |
| Nov 15, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $1,512.35 |
| Nov 19, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $264.65 |
| Nov 21, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $268.06 |
| Nov 22, 2019 | Regular Deposit | $800.00 |
| Nov 22, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $1,650.59 |
| Nov 26, 2019 | Regular Deposit | $2,448.37 |
| Nov 26, 2019 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $437.51 |
| Nov 27, 2019 | Regular Deposit | $4,403.88 |

| Nov 27, 2019 | Ach deposit | $1,660.32 |
| | MERCHE-SOLUTIONS AMEX DEP | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Oct 31, 2019 | $4,698.90 | Nov 12, 2019 | $11,616.94 | Nov 21, 2019 | $532.67 |
| Nov 01, 2019 | $2,628.45 | Nov 13, 2019 | $12,016.70 | Nov 22, 2019 | $2,983.26 |
| Nov 04, 2019 | $6,133.46 | Nov 14, 2019 | $7,202.58 | Nov 25, 2019 | $2,906.62 |
| Nov 05, 2019 | $7,827.49 | Nov 15, 2019 | $7,487.90 | Nov 26, 2019 | $5,394.16 |
| Nov 06, 2019 | $8,797.80 | Nov 18, 2019 | $5,592.91 | Nov 27, 2019 | $5,913.58 |
| Nov 07, 2019 | $7,601.92 | Nov 19, 2019 | $1,183.31 | Nov 29, 2019 | $5,854.58 |
| Nov 08, 2019 | $6,692.05 | Nov 20, 2019 | $552.61 | | |

## SUMMARY OF FEES FOR PAYING AND RETURNING ITEMS

| | Total For This Period | Total Year-To-Date |
|------|---------|---------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $35.00 | $35.00 |

**Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed and you may review our policy and practices with respect to your personal information at the following: https://www.myprogressbank.com/About-Us/ Privacy-Security/Privacy-Policy or we will mail you a free copy upon request if you call us at 1-888-513-2288.**