## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc          CASE NO. : 19-82531-CRJ-11          MONTH ENDING: 01/31/2020

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES x  NO____All post petition business taxes have been paid/deposited and the deposit slips are attached.

    YES x  NO____All post petition individual taxes have been paid and the deposit slips are attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | | $ |
    | | $ |
    | | $ |
    | | $ |

2.  YES x  NO____Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:     TYPE_____not in force.

                      TYPE_____not in force.

3.  YES x  NO____New books and records were opened and are being maintained daily.

4.  YES x  NO____Copies of all banks statements and reconciliations are attached .

5.  YES x  NO____I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES x  NO____All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/9/2020 _____          Michael McKeon

                             RESPONSIBLE PARTY

Phone No. 256-425-2910

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** <u>MDM Holdings, Inc</u>          **CASE NO. :** <u>19-82531-CRJ-11</u>          **MONTH ENDING:** <u>01/31/2020</u>

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual   (Circle One)   -Cash |
|---|---|

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) <u>2813.55</u>

B.   RECEIPTS:

Accounts Receivable from Form BA-02(A)-Line II(C)    <u>3120</u>

Cash Sales          <u>28596.84</u>

Loan Proceeds from _____

Sale of Property (Not in ordinary course of business)    _____

Other_____      _____

_____      _____

C.   TOTAL RECEIPTS    <u>31716.84</u>
     (Total of B)

D.   BUSINESS DISBURSEMENTS FROM FORM BA-02(B)    <u>29786.86</u>

E.   SURPLUS OR DEFICIT    <u>1929.98</u>
     (C minus D)

F.   CASH ON HAND (End)    <u>4743.53</u>
     (A plus E)

---

1.   REVENUE FROM TOTAL SALES          $28596.84

2.   LESS COST OF THOSE SALES          <u>10683.40</u>
     (Cost of materials, Labor, etc.)

3.   EQUALS GROSS          17913.44

4.   LESS OPERATING EXPENSES          <u>17442.04</u>

5.   EQUALS NET PROFIT OPERATIONS (3 minus 4)          <u>471.40</u>

6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

_____      _____

_____      _____

7.   EQUALS NET PROFIT OR NET LOSS          $471.40
     (5 plus or minus 6)

***\* Please itemize Cost of Sales and Expenses on a separate sheet of paper.***

---

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 2/9/2020

RESPONSIBLE PARTY    *(signature)*

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc    CASE NO. : 19-82531-CRJ-11    MONTH ENDING: 01/31/2020

Attach to Business Form BA-02

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

_I.    NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.    COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

A.    Amount collected this month on accounts receivable charged and paid this month.    $ _____

B.    Amount collected this month on accounts receivable charged in prior months and paid this month.    $3120 _____

C.    TOTAL collected this month on accounts _____ $3120

III.    PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | 87Q1 |
|--------|-----------|------------|------------|---------|------|
| Big Bob's | | | | 2235.63 | 2235.63 |
| Fedex | 500 | | | | 500.00 |
| Storage Sense | 330.83 | | | | 330.83 |
| Adcolor | 1600 | | | | 1600 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | | | | |
| I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF. DATE 2/9/2020 | $2430.830 | | | $2235.63 | 4666.46 |

| Bankrup tcy Adminis trator Form - Busines s BA- 02(A) | | | | | |
|---|---|---|---|---|---|
| 2-9-20 | | | | | *MJMcy* |

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** MDM Holdings, Inc     **CASE NO.:** 19-82531-CRJ-11     **MONTH ENDING:** 01/31/2020

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES........................................$
AUTOMOBILES/VEHICLES (repairs & maintenance). ..........  974.72
COMMISSIONS/CONTRACT LABOR. ............................  600
INSURANCE (TOTAL). ....................................  2039.14
    AUTO               $
    LIABILITY
    LIFE
    MEDICAL
    CASUALTY
    FIRE & THEFT
    WORKMAN'S COMP.
    OTHER
INTEREST PAID. ........................................
INVENTORY PURCHASED. ..................................  4728.11
LEGAL FEES. ...........................................
POSTAGE. ..............................................
RENT/LEASE PAYMENTS ON REAL ESTATE. ...................  2375
REPAIRS & MAINTENANCE. ................................  86.11
SALARIES/WAGES PAID. ..................................  6706.60
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]. ..........
SUPPLIES (TOTAL). .....................................  1176.51
    OFFICE             $  737.48
    OPERATING             439.03
TRAVEL & ENTERTAINMENT. ...............................  1052.04
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]. .............  3146.48
UNSECURED LOAN PAYMENTS. ..............................  800.00
UTILITIES (TOTAL). ....................................  710
    ELECTRICITY        $
    GAS
    TELEPHONE             637
    WATER
    OTHER  Internet/Landline   173

OTHER BUSINESS DISBURSEMENTS    Quarterly Court Fee,Banking
(Specify)                       Rental Equipment,marketing,
                                        Subscriptions
                                $  5392.15

TOTAL BUSINESS DISBURSEMENTS..........................$ 29786.86
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/9/2020

RESPONSIBLE PARTY _(signature)_

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>MDM Holdings, Inc</u>    CASE NO. : <u>19-82531-CRJ-11</u>    MONTH ENDING: <u>01/31/2020</u>

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL* SECURED CREDITORS MUST BE LISTED BELOW

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Stearns Bank | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2-9-20

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc          CASE NO. : 19-82531-CRJ-11       MONTH ENDING: 01/31/2020

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 1/9/2020 | 3796.46 | 553.87 | 553.87 | 159.33 | 45.52 |
| 1/23/2020 | 2910.14 | 425.01 | 425.01 | 122.26 | 34.93 |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | 6706.6 | 978.88 | 978.88 | 281.59 | 80.45 |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 1/1 – 1/31 | AL Use & Sales | 932.29 | 1/1 – 1/31 | Same | 932.29 |
| 1/1 – 1/31 | License, Permits | 873.60 | 1/1 – 1/31 | Same | 873.60 |
| | | | | | |
| TOTAL | | 1805.89 | | | 1805.89 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/9/2020

RESPONSIBLE PARTY _MJMcL_

Bankruptcy Administrator Form - Business BA-02 (D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>MDM Holdings, Inc</u>    CASE NO. : <u>19-82531-CRJ-11</u>    MONTH ENDING: <u>01/31/2020</u>

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Progress Bank | ██████3296 | 4743.53 | 1/31/2020 | Pre |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1   (Name) Deb McKeon | $ | 0 |
| Officer #2   (Name) | $ | |
| Other Officer (Name) | $ | |
| Employees (Number)   5 | $ | 8047.52 |
| Employees (Relatives) | $ | |
| Name | $ | |
| Name | $ | |

## INVENTORY  (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | 0 |
| Inventory - Purchased this Month - CASH | $ | 4728.11 |
| Inventory - Purchased this Month - CREDIT | $ | |
| Inventory - End of Month (COST) | $ | 0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

x____  A. No payments on pre-petition debts have been made this month.
____  B. The following payments have been made this month to unsecured
      creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| Strategic | 800/1-3-2020 | Repayment | Yes |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/9/2020

RESPONSIBLE PARTY _~~MJMcL~~_

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>MDM Holdings, Inc</u>    CASE NO. : <u>19-82531-CRJ-11</u>    MONTH ENDING: <u>01/31/2020</u>

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

<u> x </u>   A.   All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

<u>     </u>   B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE <u>2/9/2020</u>

<u>              </u>
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: MDM Holdings, Inc          CASE NO. : 19-82531-CRJ-11          MONTH ENDING: 11/30/19

## BUSINESS DEBTOR'S BALANCE SHEET

See Attachment

2/9/2020

# MDM HOLDINGS, INC

## BALANCE SHEET

As of January 31, 2020

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Economy Business Checking-3296 (3296) | 2,347.07 |
| **Total Bank Accounts** | **$2,347.07** |
| **Total Current Assets** | **$2,347.07** |
| **TOTAL ASSETS** | **$2,347.07** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| 941 Payroll Tax Liabilities | 1,196.13 |
| AL State Income Tax Payable | -1,792.66 |
| Employee Only-Insurance Withheld | -257.08 |
| Other Payroll Deductions | 116.25 |
| SALES TAX PAYABLE | -1,869.22 |
| STRATEGIC SFS | -2,400.00 |
| **Total Other Current Liabilities** | **$ -5,006.58** |
| **Total Current Liabilities** | **$ -5,006.58** |
| **Total Liabilities** | **$ -5,006.58** |
| Equity | |
| Opening Balance Equity | -754.37 |
| Owner's Investment | -300.00 |
| Retained Earnings | 8,040.90 |
| Shareholder Draw | -3,572.08 |
| Net Income | 3,939.20 |
| **Total Equity** | **$7,353.65** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,347.07** |

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** MDM Holdings, Inc          **CASE NO. :** 19-82531-CRJ-11          **MONTH ENDING:** 01/31/2020

---

TOTAL REVENUE (SALES)                              (a)    $ 28596.84
  Cost of Sales:
                    Materials              $ 7734.80
                    Labor                  $
                    Purchased Services     $
      Total Cost of Sales                          (b)    $     7734.80
      Gross Profit                 (a – b) = (c)    $ 20862.84

OPERATING EXPENSES
                    Management Salary              $ 0
                    Other Salary Expense           $
                    Payroll Expenses               $ 6706.60
                    Outside Services & Contractors $   600
                    Supplies (office & operating)  $ 1176.51
                    Repairs & Maintenance          $    86.11
                    Advertising                    $ 526.04
                    Auto Expense                   $ 974.72
                    Delivery                       $ 132.16
                    Accounting & Legal             $
                    Rent                           $ 2375
                    Telephone                      $ 637
                    Travel & Entertainment         $ 1052.04
                    Utilities                      $ 173
                    Insurance                      $ 2039.14
                    Taxes real estate, property, etc.) $ 3146.48
                    Interest                       $
                    Depreciation                   $
                    Other Operating Expenses (describe) $ 813.93
                     Banking, Strategic            $
                                                   $
      Total Operating Expenses:             (d)    $20391.44

Net Profit/(Loss) from Operations (c – d)=(e)    $ 471.40

Non-Operating Income/Expenses $
                                            $
                                            $
Total                                       (f)    $

Net Profit/(Loss)                    (e – f)  $ 471.40

---

  2/9/2020

---

2/8/2020

Statement Of Account

# ProgressBank



MEMBER
**FDIC**

201 Williams Avenue
Huntsville AL 35801
PH: 256-319-3600
Fax: 256-319-3644

MDM Holdings, Inc. DBA
Experience Signs
143 Foxhound Dr.
Madison, AL 35758

**Account Number**
████3296

**Statement Period**
Jan 01, 2020 To Jan 31, 2020

🖫 Save as PDF

**Economy Business Checking**        **Account Number:** ████3296

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $2,813.55 | Average Balance | $5,423.12 |
| Number of Credits | 15 | Minimum Balance | $264.53 |
| Total Credits | $31,716.84 | Average Collected Balance | $5,147.90 |
| Number of Debits | 75 | | |
| Total Debits | $29,786.86 | Total Bank Charges | $0.00 |
| New Balance | $4,743.53 | (Includes Service Charge) | |

## Checks (13 In Order)

| No | Date | Amount | No | Date | Amount | No | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1186 | Jan 31, 2020 | $175.20 | 1191 | Jan 17, 2020 | $500.00 | 1200 | * Jan 22, 2020 | $2,375.00 |
| 1187 | Jan 14, 2020 | $1,000.00 | 1192 | Jan 31, 2020 | $662.00 | 1202 | * Jan 23, 2020 | $115.05 |
| 1188 | Jan 22, 2020 | $975.00 | 1196 | * Jan 24, 2020 | $173.00 | 9774 | * Jan 21, 2020 | $734.61 |
| 1189 | Jan 16, 2020 | $500.00 | 1197 | Jan 22, 2020 | $87.50 | | | |
| 1190 | Jan 17, 2020 | $250.00 | 1198 | Jan 23, 2020 | $36.40 | | | |

## Other Debits

| Date | Transaction Details | Amount |
|---|---|---|
| Jan 02, 2020 | Debit Card Transaction<br>HUNT CLUB BURGERS N GR MADISON AL<br>Terminal ID: 78576101 Serial #: 000143942 | $66.66- |
| Jan 02, 2020 | Debit Card Transaction<br>SHELL SERVICE STATION MADISON AL<br>Terminal ID: 20398401 Serial #: 000779026 | $33.77- |
| Jan 02, 2020 | Debit Card Transaction<br>SHELL SERVICE STATION MADISON AL<br>Terminal ID: 20398401 Serial #: 000779350 | $34.86- |
| Jan 03, 2020 | ATM Cash Withdrawal<br>PROGRESS BANK 8337 HIGHWAY MADISON AL<br>Terminal ID: IC104950 Serial #: 000000862 | $300.00- |
| Jan 03, 2020 | Ach withdrawal<br>BENETRENDS INC 8664236387 | $138.00- |
| Jan 03, 2020 | Ach withdrawal<br>MERCHE-SOLUTIONS BILLING | $563.06- |
| Jan 03, 2020 | Ach withdrawal<br>STRATEGIC SFSDEBIT | $800.00- |
| Jan 06, 2020 | Debit Card Transaction | $10.89- |

https://secure3.internet-estatements.com/cowww/DocumentServer/ViewDoc?AppID=401&DocumentID=888414&PrimaryKey=888414&AppViewerID=975&Down...  1/5

Case 19-82531-CRJ11    Doc 124    Filed 02/10/20    Entered 02/10/20 14:22:57    Desc
Main Document        Page 13 of 17

HP *INSTANT INK 855-785-2777 CA
Terminal ID: 99999999 Serial #: 000030005

| Jan 06, 2020 | Debit Card Transaction<br>VISUAL COMMUNICATIONS 800-5664162 MN<br>Terminal ID: 29571299 Serial #: 000669746 | $53.40- |
| Jan 06, 2020 | Debit Card Transaction<br>DODGE DATA & ANALYTICS 8003936343 NJ<br>Terminal ID: 0000 Serial #: 000430915 | $78.00- |
| Jan 06, 2020 | Ach withdrawal<br>LIBERTY MUTUAL 401995080 | $720.39- |
| Jan 08, 2020 | Debit Card Transaction<br>FRONTPOINT SECURITY 7037769100 VA<br>Terminal ID: 0001 Serial #: 000812685 | $49.99- |
| Jan 09, 2020 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $1.75- |
| Jan 09, 2020 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $300.00- |
| Jan 09, 2020 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $3,494.71- |
| Jan 10, 2020 | Debit Card Transaction<br>ITEX CORPORATION BELLEVUE WA<br>Terminal ID: 99999999 Serial #: 000764104 | $20.00- |
| Jan 10, 2020 | Ach withdrawal<br>OPTIMA BUSINESS SALE | $50.00- |
| Jan 10, 2020 | Ach withdrawal<br>OPTIMA BUSINESS SALE | $50.00- |
| Jan 13, 2020 | Debit Card Transaction<br>TRADEBANK COM LAWRENCEVILLE GA<br>Terminal ID: 20012251 Serial #: 000879557 | $15.00- |
| Jan 13, 2020 | Debit Card Transaction<br>SHELL SERVICE S MADISON AL<br>Terminal ID: 20398401 Serial #: 000733613 | $47.98- |
| Jan 13, 2020 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000214288 | $140.00- |
| Jan 13, 2020 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000000577 | $287.37- |
| Jan 13, 2020 | Debit Card Transaction<br>SOUTHEASTERN SKIN CANC MADISON AL<br>Terminal ID: 29850938 Serial #: 000123291 | $320.46- |
| Jan 13, 2020 | Debit Card Transaction<br>VZWRLSS*IVR VB ALPHARETTA GA<br>Terminal ID: 36712213 Serial #: 000170505 | $637.00- |
| Jan 13, 2020 | Debit Card Transaction<br>NWS STAPLES 1158 8624 DECATUR AL<br>Terminal ID: 08160235 Serial #: 000088176 | $171.97- |
| Jan 14, 2020 | Miscellaneous Debit | $3,000.00- |
| Jan 14, 2020 | Debit Card Transaction<br>4OVER 818-246-1170 CA<br>Terminal ID: 99999999 Serial #: 000249000 | $26.57- |
| Jan 14, 2020 | Debit Card Transaction<br>WM SUPERCENTER # DECATUR AL<br>Terminal ID: 24880044 Serial #: 000038895 | $117.91- |
| Jan 14, 2020 | Ach withdrawal<br>TRAVELERS BUS INSUR | $1,318.75- |
| Jan 15, 2020 | ATM Cash Withdrawal<br>REDSTONE-FCU 1807 6th Aven Decatur AL | $30.00- |

Case 19-82531-CRJ11    Doc 124    Filed 02/10/20    Entered 02/10/20 14:22:57    Desc<br>Main Document     Page 14 of 17

Terminal ID: 8260 Serial #: 000176614

| | | |
|---|---|---:|
| Jan 15, 2020 | Debit Card Transaction<br>BETTER BUSINESS BUREAU 256-5331642 AL<br>Terminal ID: 65490683 Serial #: 000293012 | $175.00- |
| Jan 15, 2020 | Ach withdrawal<br>IRS USATAXPYMT | $787.36- |
| Jan 16, 2020 | Debit Card Transaction<br>SHELL SERVICE S DECATUR AL<br>Terminal ID: 22890101 Serial #: 000578474 | $36.00- |
| Jan 16, 2020 | Debit Card Transaction<br>SAGE 8009257243 TX<br>Terminal ID: 0000 Serial #: 000303332 | $49.00- |
| Jan 16, 2020 | Debit Card Transaction<br>CITYSCOOP SAN LEANDRO CA<br>Terminal ID: 79971086 Serial #: 000783704 | $99.99- |
| Jan 17, 2020 | Debit Card Transaction<br>CheapTix*7100356013511 www.ctix.info WA<br>Terminal ID: 99999999 Serial #: 000741232 | $758.73- |
| Jan 21, 2020 | Debit Card Transaction<br>AMERICAN LAS VEGAS NV<br>Terminal ID: 99999999 Serial #: 000905537 | $217.40- |
| Jan 21, 2020 | Debit Card Transaction<br>EIG*HOSTGATOR.COM 713-5745287 MA<br>Terminal ID: 00001000 Serial #: 000452163 | $10.00- |
| Jan 21, 2020 | Debit Card Transaction<br>REVLOCAL 8004567470 OH<br>Terminal ID: 5684 Serial #: 000703477 | $299.00- |
| Jan 22, 2020 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000557628 | $82.19- |
| Jan 22, 2020 | Debit Card Transaction<br>LOWES #00907* 866-483-7521 NC<br>Terminal ID: 99999999 Serial #: 000758357 | $86.11- |
| Jan 22, 2020 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000281114 | $196.15- |
| Jan 22, 2020 | Ach withdrawal<br>AL-DEPT OF REV DIRECT DBT | $412.14- |
| Jan 22, 2020 | Ach withdrawal<br>AL ONESPOT TAX ALABAMA.GO | $520.15- |
| Jan 23, 2020 | Debit Card Transaction<br>HP *INSTANT INK 855-785-2777 CA<br>Terminal ID: 99999999 Serial #: 000618870 | $21.79- |
| Jan 23, 2020 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $1.75- |
| Jan 23, 2020 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $300.00- |
| Jan 23, 2020 | Ach withdrawal<br>INTUIT PAYROLL S QUICKBOOKS | $2,608.39- |
| Jan 27, 2020 | Debit Card Transaction<br>HP *INSTANT INK 855-785-2777 CA<br>Terminal ID: 99999999 Serial #: 000482675 | $21.79- |
| Jan 27, 2020 | Debit Card Transaction<br>PADDLE.NET* MACPAW.COM London GB<br>Terminal ID: 99999999 Serial #: 000114453 | $26.21- |
| Jan 27, 2020 | Debit Card Transaction<br>ATOMOLOGY 801-796-2671 UT<br>Terminal ID: 99999999 Serial #: 000222588 | $169.00- |

| Jan 27, 2020 | Debit Card Transaction<br>SPIKE MONTHLY DISCOUNT 8444453477 CO<br>Terminal ID: 0000 Serial #: 000181809 | $9.99- |
| Jan 27, 2020 | Debit Card Transaction<br>KROGER #0 4579 WALL TR MADISON AL<br>Terminal ID: 80060508 Serial #: 000017346 | $221.62- |
| Jan 27, 2020 | Debit Card Transaction<br>WAL Wal-Mart Super 8417 MADISON AL<br>Terminal ID: 26900056 Serial #: 000067196 | $321.12- |
| Jan 27, 2020 | Ach withdrawal<br>IRS USATAXPYMT | $582.20- |
| Jan 28, 2020 | Debit Card Transaction<br>BLAISE DRAKE - AIM SMA 610-685-9700 PA<br>Terminal ID: 99999999 Serial #: 000688400 | $59.00- |
| Jan 29, 2020 | Debit Card Transaction<br>AMAZON.COM SEATTLE WA<br>Terminal ID: 00000101 Serial #: 000522679 | $20.51- |
| Jan 29, 2020 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000120918 | $150.00- |
| Jan 29, 2020 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000316797 | $335.78- |
| Jan 29, 2020 | Debit Card Transaction<br>S & F Custom Sign Corp HARTSELLE AL<br>Terminal ID: 99999999 Serial #: 000871544 | $420.00- |
| Jan 31, 2020 | Debit Card Transaction<br>IN *LEVEL 7 CONCEPTS 405-7451010 OK<br>Terminal ID: 99999999 Serial #: 000826039 | $9.65- |
| Jan 31, 2020 | Ach withdrawal<br>IRS USATAXPYMT | $316.59- |

## Deposits/Credits

| Date | Transaction Details | Amount |
| --- | --- | --- |
| Jan 03, 2020 | Regular Deposit | $300.00 |
| Jan 09, 2020 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $1,600.00 |
| Jan 09, 2020 | Ach deposit<br>ARCH STREET ARCH STREE | $12,265.57 |
| Jan 10, 2020 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $5,306.14 |
| Jan 14, 2020 | Regular Deposit | $1,150.00 |
| Jan 17, 2020 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $246.32 |
| Jan 21, 2020 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $954.67 |
| Jan 21, 2020 | Debit Card Transaction<br>GRIMCO INC 6363050088 MO<br>Terminal ID: 0000 Serial #: 000476601 | $15.17 |
| Jan 23, 2020 | Regular Deposit | $1,111.85 |
| Jan 23, 2020 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $1,525.36 |
| Jan 27, 2020 | Regular Deposit | $1,870.00 |
| Jan 27, 2020 | Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $794.59 |
| Jan 28, 2020 | Regular Deposit | $1,500.00 |

| | |
|---|---:|
| Jan 29, 2020   Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $3,046.91 |
| Jan 31, 2020   Ach deposit<br>MERCHE-SOLUTIONS MERCH DEP | $30.26 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Dec 31, 2019 | $2,813.55 | Jan 13, 2020 | $13,900.00 | Jan 23, 2020 | $1,175.43 |
| Jan 02, 2020 | $2,678.26 | Jan 14, 2020 | $9,586.77 | Jan 24, 2020 | $1,002.43 |
| Jan 03, 2020 | $1,177.20 | Jan 15, 2020 | $8,594.41 | Jan 27, 2020 | $2,315.09 |
| Jan 06, 2020 | $314.52 | Jan 16, 2020 | $7,909.42 | Jan 28, 2020 | $3,756.09 |
| Jan 08, 2020 | $264.53 | Jan 17, 2020 | $6,647.01 | Jan 29, 2020 | $5,876.71 |
| Jan 09, 2020 | $10,333.64 | Jan 21, 2020 | $6,355.84 | Jan 31, 2020 | $4,743.53 |
| Jan 10, 2020 | $15,519.78 | Jan 22, 2020 | $1,621.60 | | |

## SUMMARY OF FEES FOR PAYING AND RETURNING ITEMS

| | Total For<br>This Period | Total<br>Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed and you may review our policy and practices with respect to your personal information at the following: https://www.myprogressbank.com/About-Us/ Privacy-Security/Privacy-Policy or we will mail you a free copy upon request if you call us at 1-888-513-2288.**