IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: MDM HOLDINGS, INC. | ) | Case No.: 19-82531-CRJ-11 |
| | ) | |
| EIN: xx-xxx3287 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

### BALLOT FOR ACCEPTING OR REJECTING PLAN

Filed By Stearns Bank National Association.

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAT ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS OR CLASSES REJECTING IT AND OTHERWISE SATISFIES THE REQUIREMENTS OF § 1129(B) OF THE CODE. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.

**[If holder of scheduled or filed claim]**

The undersigned, as a creditor of the above-named debtor in the unpaid principal amount of $ 67,189.72 with filed proof of claim # 10-1 .

**[If equity security holder]**

The undersigned, the holder of [*state number*] _____ shares of [ *describe type*] _____ stock of the above named debtor, represented by Certificate(s) No. _____ [*or held in my/our brokerage Account No.* _____ at [*name of broker-dealer*]_____.

[Check One Box]

✓ **Accepts the Plan of Reorganization**

☐ **Rejects the Plan of Reorganization**

Dated: 02/26/2020

Print or type name: Stearns Bank National Association

Signed: _[signature]_

[if appropriate] By: Hannah C. Gilbert

as: Paralegal - Bankruptcy

IN ORDER TO BE COUNTED, BALLOTS MUST BE SIGNED AND RETURNED SO THAT THEY ARE RECEIVED BY THE U.S. BANKRUPTCY COURT NO LATER THAN 4:30 P.M. CENTRAL STANDARD TIME ON THE DATE SET BY THE COURT (THE "VOTING DEADLINE"), TO:

Clerk's Office
U.S. Bankruptcy Court
400 Well Street, NE # 222
Decatur, AL 35601-1951