UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| MDM HOLDINGS, INC., | ) | 19-82531 |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

**STATEMENT OF POSTION REGARDING CONFIRMATION OF DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION**

**COMES NOW** J. Thomas Corbett, United States Bankruptcy Administrator for the Northern District of Alabama (the "BA"), by and through the undersigned counsel of record, and hereby states that the BA has no objection to confirmation of the Debtor's First Amended Plan of Reorganization (Doc. # 115).

Respectfully submitted this the 16th day of March, 2020.

/s/ Robert J. Landry, III
Assistant U.S. Bankruptcy Administrator
Bar ID No. ASB-3091-L55R
Robert_Landry@alnba.uscourts.gov

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
1129 Noble Street, Room 117
Anniston, Alabama 36201
(256) 741-1540

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March, 2020, I have served a copy of the foregoing via email on the parties listed below:

Tazewell Shepard
Tazewell Taylor Shepard, IV
Attorneys for Debtor
taze@ssmattorneys.com
ty@ssmattorneys.com

                                        /s/ Robert J. Landry, III