# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: MDM HOLDINGS, INC. ) | | Case No.: 19-82531-CRJ-11 |
| ) | | |
| ) | | |
| Debtor. ) | | CHAPTER 11 |
| ) | | |

## FINAL DECREE CLOSING CHAPTER 11 CASE
## PURSUANT TO 11 U.S.C. § 350(a) AND BANKRUPTCY RULE 3022

This matter came before the Court for a hearing on June 22, 2020 upon Debtor's Motion for Final Decree Closing Case, with Tazewell T. Shepard IV appearing on behalf of the Debtor and Richard M. Blythe appearing on behalf of the Bankruptcy Administrator.

During the hearing, counsel for the Debtor stated that the Debtor has substantially consummated its confirmed Plan of Reorganization, as amended, and that the Debtor's estate has been fully administered. Counsel for the Bankruptcy Administrator reported that the Bankruptcy Administrator recommended approval subject to the Debtor filing its final Quarterly Fee Statement and paying the quarterly fee owed. On July 6, 2020, the Debtor filed a Quarterly Fee Statement for the period ending June 22, 2020 and paid the quarterly fee owed.

**IT IS THEREFORE ORDERED, ADJUDGED** and **DECREED** as follows:

1. Pursuant to Bankruptcy Rule 3022, the Debtor's Motion for Final Decree Closing Case is hereby **APPROVED**; and

2. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtor or any party in interest to seek to reopen the Reorganized Debtor's Chapter 11 case for cause; and

3. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated this the 7th day of July, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order prepared by:
Tazewell T. Shepard
Attorney for the Debtor

Order approved by:
Richard M. Blythe
Attorney for the
Bankruptcy Administrator